# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| IN RE: CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT LITIGATION, | Case No.: 12-cv-10064 |
|---|---|

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ALLIED INTERSTATE, LLC.**

| NAME: David M. Schultz |
|---|
| SIGNATURE: s/ *David M. Schultz* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6197596 | TELEPHONE NUMBER 312/704-3000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ NO ☐ |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ |

**CERTIFICATE OF SERVICE**

  I hereby certify that on **January 23, 2013,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

            HINSHAW & CULBERTSON LLP

            /S/ *David M. Schultz*
            David M. Schultz
            Attorney For Defendant,
            ALLIED INTERSTATE, LLC.
            HINSHAW & CULBERTSON LLP
            222 North LaSalle Street, Suite 300
            Chicago, Illinois 60601
            312/704-3000
            312/704-3001 – Facsimile
            Dschultz@Hinshawlaw.Com