**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE CAPITAL ONE TELEPHONE CONSUMER LITIGATION ACT LITIGATION | ) ) ) ) ) | Master Docket No. 1:12-cv-10064 MDL No. 2416 |
| This document relates to: ALL CASES | ) ) ) |  |

**REPORT OF THE PARTIES' PLANNING MEETING**

For the reasons set forth below, Plaintiffs, Capital One, and all co-defendants intend this as an interim report, to be followed by a supplemental report with a full proposed case schedule on March 29, 2013.

## 1. Rule 26(f) Conference Participation:

This MDL consolidates three putative class action cases and thirty-three (33) individual cases alleging, among other things, that Defendant Capital One violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A).

The Court has not yet appointed lead or liaison counsel for plaintiffs. In the absence of a formal leadership structure, various groups of plaintiffs have informally organized. Capital One participated in discussions with each group of plaintiffs and also with each co-defendant.

Counsel in the three class actions ("Class Plaintiffs") have agreed to propose Beth Terrell of Terrell Marshall Daudt & Willie PLLC, and Jonathan Selbin of Lieff Cabraser Heimann & Bernstein, LLP as lead class counsel and Keith Keogh as the proposed liaison between class counsel and the individual plaintiffs. Class counsel Beth Terrell, Jonathan Selbin, Mike Daudt, and Keith Keogh held a telephonic conference with Capital One counsel Aaron Van Oort, Eileen Hunter, and Erin Hoffman on January 17, 2013. Subgroups of this initial group held subsequent telephonic conferences and also exchanged emails.

Keith Keogh has obtained authority to speak for the following individual plaintiffs in this Report ("Individual Plaintiffs") and they have agreed that Mr. Keogh may serve as liaison counsel for them: Tiffany Alarcon, Phillip Baltazar; Cynthia Biletnikoff; Jill Angela Coy; Charles Haines; Marklyn Tyrone Johnson; Lindy Libert; Desiree McShane; Carrie Tate; Jessica Vadella; Benjamin Wilkes. Counsel for Capital One Eileen Hunter communicated with each individual plaintiff with

regard to this Report between January 19 and January 22, 2013, via telephone and email.

The remaining individual plaintiffs are "Bankruptcy-Trustee" plaintiffs (collectively with the "Class Plaintiffs" and the "Individual Plaintiffs," "Plaintiffs") represented by Lash & Wilcox on behalf of the following Chapter 7 debtors: Thomas J. Carollo; Mark P. and Susan H. Counihan; Cynthia Darin, Mark Allen Daunce; Tawfek Dawhajre; Eunice Dixon; Denna Marie Dorcak; Brenda L. Ervin; Martin G. and Kelley D Giddens; William D. Grant; Kathleen Star Green; Charles Hirst; Mark J. and Lynne J. Rice; Felicia G.Robinson; Sarah Lee Subotkowski; Curran F.Thomas; Robert Kenneth and Kimberley Dawn Tomlinson; Robert Allen and Patricia Pauline Turcotte; Jennifer E. Warne, Melanie J. Watson. Capital One counsel Eileen Hunter and Erin Hoffman met and conferred with bankruptcy-trustee counsel Brian Shrader on January 22, 2013, and exchanged subsequent emails, and met and conferred with Gus Centrone on January 24, 2013.

Capital One counsel Eileen Hunter also conferred with counsel for each of the other defendants between January 22 and January 24, 2013 via email and obtained authority to speak on the behalf of each in this Report.

## 2. **Initial Disclosures.**

The parties in some of the cases exchanged initial disclosures under Rule 26(a)(1) before their cases were included in the MDL. The parties in other cases have not yet exchanged Rule 26(a)(1) disclosures. Class counsel also intend to file a consolidated, amended complaint that may include new named plaintiffs. To the extent initial disclosures have not yet been completed, Plaintiffs, Capital One, and all co-defendants agree that the parties will do so by **April 16, 2013**.

## 3. **Discovery Plan.**

 Plaintiffs, Capital One, and all co-defendants agree that the Court and parties should address two case-management issues through a preliminary Pretrial Scheduling Order. First, lead and liaison counsel should be designated who have the authority to speak for all plaintiffs. Second, Plaintiffs should file the Amended Consolidated Complaint that they contemplate, and Defendants should answer or otherwise respond to that complaint to frame the issues. After those steps have occurred, counsel with authority can meet and confer regarding the schedule, and the Court can enter an Amended Pretrial Scheduling Order. The parties believe that this process can be completed by April and propose the following deadlines:

| | |
|---|---|
| Plaintiffs propose lead and liaison counsel: | **February 7, 2013** |
| Objections by plaintiffs to proposed lead or liaison counsel | **February 14, 2013** |

dms.us.51466134.04

| | |
|---|---|
| Designation by Court of lead and liaison counsel: | **February 21, 2013** |
| Filing of consolidated, amended Class Action Complaint: | **February 28, 2013** |
| Answer to Plaintiffs' amended complaint: | **March 29, 2013** |
| Submission of Amended Joint Rule 26(f) Report: | **March 29, 2013** |
| Submission of Joint E-Discovery Plan: | **March 29, 2013** |
| Status conference to set Pretrial Schedule: | **April 9, 2013** |

In addition, for all Individual Plaintiffs who, by **February 7, 2013**, have provided to counsel for Capital One the number that they allege was called by Capital One in violation of the TCPA, Capital One will produce the customer agreement associated with that number, the account information/notes associated with that number, and call logs showing calls made by Capital One to called numbers on a rolling basis to plaintiffs, but no later than **April 5, 2013**.

## 4.    <u>Other Items:</u>

(a)    <u>**Request for meeting:**</u>

Plaintiffs, Capital One, and all co-defendants ask to meet with the Court on **April 9, 2013,** after Defendants' Answers to the Consolidated Amended Complaint has been filed and for the purpose of addressing an Amended Pretrial Scheduling Order.

(b)    <u>**Pretrial Conference:**</u>

Plaintiffs, Capital One, and all co-defendants ask the Court to delay scheduling a Pre-Trial Conference until after the class certification motion has been decided.

(c)    <u>**Plaintiffs' deadline for amending pleadings and joining parties:**</u>

Class Plaintiffs, Capital One, and all co-defendants ask the Court to require Class Plaintiffs to file the contemplated Amended Consolidated Complaint by **February 28, 2013**. Plaintiffs, Capital One, and all co-defendants ask the Court to delay scheduling the final dates to file amended pleadings and to join parties until after the submission of the amended Joint Rule 26(f) Report.

(d)    <u>**Final Date for Filing Dispositive Motions:**</u>

Plaintiffs, Capital One, and all co-defendants ask the Court to delay scheduling the final dates to file dispositive motions until after the submission of the amended Joint Rule 26(f) Report.

(e) **Prospects for Settlement:**

The parties have exchanged proposals and are in discussions concerning the potential for settlement of this case, including preliminary discussions to explore timing and the appropriate ADR procedure.

(f) **ADR Procedures That May Enhance Settlement Prospects:**

The parties are engaged in discussions regarding the prospect of private mediation.

(h) **Submission of Rule 26(a)(3) witness lists, etc.:**
(i) **Final Dates to File Objections Under Rule 26(a)(3):**
(j) **Suggested Trial Date and Estimate of Trial Length:**

Plaintiffs, Capital One, and all co-defendants ask the Court to delay scheduling trial-related deadlines until after the submission of the Amended Joint Rule 26(f) report.

Dated: January 24, 2013

/s/ Eileen M. Hunter
Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation, Capital*
*One Services, LLC, and Capital One, N.A.*
*On Behalf of All Defendants*

Dated: January 24, 2013

/s/ Beth E. Terrell   (with consent)
Beth E Terrell
Kimberlee L Gunning
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Phone: (206) 816-6603
Email: bterrell@tmdwlaw.com
Email: kgunning@tmdwlaw.com

*Counsel for Plaintiffs: Bridgett Amadeck, Felix N. Hansen, Albert H. Kirby*
*On Behalf of All Class Action Plaintiffs*

Dated: January 24, 2013

/s/ Keith James Keogh  (with consent)
Keith James Keogh
Craig M. Shapiro
Timothy J. Sostrin
Keogh Law, Ltd
101 North Wacker Drive
Suite 605
Chicago, IL 60606
Phone: (312) 265-3258
Phone: (312) 726-1092
Email: Keith@Keoghlaw.com
Email: cshapiro@keoghlaw.com
Email: tsostrin@keoghlaw.com

*Counsel for Plaintiff: Charles C. Patterson on behalf of himself and all others similarly situated.*
*On Behalf of All Individual Plaintiffs Other Than the Trustee-Plaintiffs*

5

dms.us.51466134.04

Dated: January 24, 2013

/s/ Brian L. Shrader   (with consent)
Brian L. Shrader, Esq.
Lash & Wilcox PL
4401 W. Kennedy Blvd., Ste. 210
Tampa, FL 33609
Telephone: (813) 289-3200
Facsimile: (813) 289-3250
e-mail: bshrader@lashandwilcox.com

*Counsel for Trustee-Plaintiffs*
*On Behalf of Trustee-Plaintiffs*

dms.us.51466134.04

## CERTIFICATE OF SERVICE

I certify that on January 24, 2013, a copy of the foregoing **REPORT OF THE PARTIES' PLANNING MEETING** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Eileen M. Hunter

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation,*
*Capital One Services, LLC, and Capital One, N.A.*

7