**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE | ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT | ) | |
| LITIGATION | ) | |

This document relates to:
ALL CASES

**ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND LIAISON COUNSEL**

On 1/29/13, the court set a schedule requiring any objections to plaintiffs' "Motion to Appoint Interim Lead Class Counsel and Liaison Counsel" to be filed by 2/14/13. (Dkt. No. 11.) The court having received no objections, the plaintiffs motion (Dkt. No. 11) is granted. The court hereby designates Jonathan Selbin of Lieff, Cabraser, Heimann & Bernstein, LLP, and Beth Terrell of Terrell Marshall Daudt & Willie, PLLC, as Interim Co-Lead Counsel. The court also designates Keith Keogh of Keogh Law, Ltd. as Liaison Counsel. The parties are to follow the schedule set on 1/29/13.

Dated: February 15, 2013

_____
JAMES F. HOLDERMAN
Chief Judge, United States District Court