# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Capital One Telephone Consumer Protection Act
Litigation

                                        Plaintiff,

v.                                           Case No.: 1:12−cv−10064

                                          Honorable James F. Holderman

Allied Interstate, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2013:

      MINUTE entry before Honorable James F. Holderman: Class Plaintiffs Applications to appear pro hac vice [15] and [16] are granted. Attorneys Douglas I. Cuthbertson and Daniel M. Hutchinson are granted to leave to appear for Class Plaintiffs. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.