# In the United States District Court

# For the Northern District of Illinois

| | |
|---|---|
| IN RE CAPITAL ONE TELEPHONE CONSUMER LITIGATION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document applies only to: | |
| 1:11-cv-5856 (N.D. Ill.) | |
| 2:12-cv-0024-RSL (W.D. Wash.) | |
| 1:12-cv-01061 (N.D. Ill.) | |

## MOTION TO STRIKE INCOMPLETE PLEADING (DKT. NO. 18) FROM THE DOCKET

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that Class Plaintiffs submit this Motion to correct the following administrative error:

The Consolidated Master Class Action Complaint filed as Docket No. 18 inadvertently failed to include the majority of the pleading. To correct this administrative error, Class Plaintiffs re-filed the Consolidated Master Class Action Complaint, this time including all its pages, as Docket No. 19. Class Plaintiffs hereby request that Docket 18 be stricken from the docket.

Class Plaintiffs regret the error.

Dated this 6th day of March 2013.

                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                By:   /s/ *Jonathan D. Selbin*
                         Jonathan D. Selbin

Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Email: dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel*

TERRELL MARSHALL DAUDT
 & WILLIE PLLC

By:  /s/ *Beth E. Terrell*
     Beth E. Terrell

Beth E. Terrell
Email:  bterrell@tmdwlaw.com
Michael D. Daudt
Email:  mdaudt@tmdwlaw.com
Kimberlee L. Gunning
Email:  kgunning@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Interim Co-Lead Counsel*

KEOGH LAW, LTD

By:  /s/ *Keith James Keogh*
     Keith James Keogh

Keith James Keogh
Email: Keith@Keoghlaw.com
Craig M. Shapiro
Email: cshapiro@keoghlaw.com
Timothy J. Sostrin
Email: tsostrin@keoghlaw.com
KEOGH LAW, LTD
55 W. Monroe
Suite 3390
Chicago, IL 60603

Phone: (312) 726-1092
Facsimile (312) 726-1093

*Interim Liaison Counsel*