# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|   |   |
|---|---|
| IN RE CAPITAL ONE TELEPHONE CONSUMER LITIGATION ACT LITIGATION<br><br>This document relates to: ALL CASES | ) ) ) ) Master Docket No. 1:12-cv-10064 ) MDL No. 2416 ) ) ) |

**Notice of Motion**

      **PLEASE TAKE NOTICE** that on **April 2, 2013, at 9:00 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable James F. Holderman or any judge sitting in his stead in Courtroom 2541 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall present the following motion: **AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**, a copy of which has been served upon you.

Dated: March 28, 2013

Respectfully submitted,

/s/ Aaron D. Van Oort
Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A., Capital One Financial Corporation, Capital One Services, LLC, and Capital One, N.A. On Behalf of All Defendants*

1

## CERTIFICATE OF SERVICE

      I certify that on March 28, 2013, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                            /s/      Aaron D. Van Oort

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,
Capital One Financial Corporation,
Capital One Services, LLC, and Capital One, N.A.*