## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE** ) | | **Master Docket No. 1:12-cv-10064** |
| **CAPITAL ONE TELEPHONE** ) | | **MDL No. 2416** |
| **CONSUMER PROTECTION ACT** ) | | |
| **LITIGATION** ) | | |

| | | |
|---|---|---|
| This document relates to: ) | | |
| ) | | |
| **BETH ANN SCHARRER, as Chapter** ) | | **Case No: 1:12-CV-10108** |
| **7 Trustee of the estate of WILLIAM D.** ) | | |
| **GRANT,** ) | | |
| ) | | |
| **v.** ) | | |
| ) | | |
| **NCO FINANCIAL SYSTEMS, a** ) | | |
| **Pennsylvania corporation** ) | | |
| **and** | | |
| **TSYS TOTAL DEBT** | | |
| **MANAGEMENT INC.,** | | |
| **a Georgia corporation** | | |
| **and** | | |
| **CAPITAL ONE BANK (USA), N.A, a** | | |
| **national banking association.** | | |

### STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Beth Ann Scharrer, as Chapter 7 Trustee of the estate of

William D. Grant ("Plaintiff") and NCO Financial Systems, a Pennsylvania corporation, TSYS

Total Debt Management Inc., a Georgia corporation and Capital One Bank (USA), N.A, a

national banking association, ("Defendants") (collectively with Plaintiff, the "Parties"), by and

through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), file this *Stipulation

for Final Order of Dismissal with Prejudice.* By submission of this Stipulation for Final Order of

Dismissal, the submitting counsel represents that the opposing party consents to its entry.

Pursuant to this stipulation, the Parties agree to entry of the Agreed Final Order of Dismissal by which:

     1.    An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

     2.    The claims of Plaintiff are being dismissed with prejudice, as to Defendants NCO Financial Systems, a Pennsylvania corporation, TSYS Total Debt Management Inc., a Georgia corporation and Capital One Bank (USA), N.A, a national banking association.

     3.    Each Party each shall bear its own attorneys' fees and costs.

Dated: This 17ᵗʰ day of April, 2013

Respectfully Submitted,

**LASH & WILCOX PL**

4401 W. Kennedy Blvd., Suite 210
Tampa, Florida 33609
Phone: (813) 289-3200
Facsimile: (813) 289-3250
Counsel for Plaintiff

/s/ Thomas A. Lash
**THOMAS A. LASH, ESQ.**
Florida Bar No. 849944
e-mail: tlash@lashandwilcox.com

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.:   (612) 766-7000
Fax:   (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Phone: (813) 890-2463
Facsimile: (866) 466-3140
Counsel for Defendant

**KENNETH C. GRACE, ESQ.**
Florida Bar No. 0658464
e-mail: kgrace@sessions-law.biz

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2013, this *Stipulation for Final Order of Dismissal with Prejudice* was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I further certify that a true and correct copy of this *Stipulation for Final Order of Dismissal with Prejudice* has been served on this 17th day of April, 2013, to: U.S. Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602; Beth Ann Scharrer, P.O. Box 4550, Seminole, FL 33775-4550; William D Grant, 688 Harbor Way, Palm Harbor, FL 34683; NCO Financial Systems, a Pennsylvania corporation, and TSYS Total Debt Management Inc., a Georgia corporation, Kenneth C. Grace, Attorney, Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Dr., Suite 195, Tampa, FL 33618; Capital One Bank (USA), N.A., c/o Eileen Hunter, Esq., Aaron Vanoort, Esq., and Erin Hoffman, Esq., Faegre Baker Daniels, LLP, 2200 Wells Fargo Center, 90 South Seventh St., Minneapolis, MN 55402.

　　　　　　　　　　　　/s/ Thomas A. Lash
　　　　　　　　　　　　ATTORNEY