**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT ) | |
| LITIGATION ) | |
| This document relates to: ) | |
| ) | |
| ANGELA W. ESPOSITO, as Chapter 7 ) | Case No: 1:12-CV-10126 |
| Trustee of the estate of MARTIN G. ) | |
| GIDDENS and KELLEY D. GIDDENS, ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE BANK (USA), N.A. ) | |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, through their respective attorneys, hereby stipulate and agree that the action be dismissed in its entirety, with prejudice, each Party shall bear their own attorneys' fees and costs.

Respectfully submitted,                     Respectfully submitted,


/s/ Gus M. Centrone                          /s/ Erin L. Hoffman
(with consent)                               Aaron D. Van Oort (MN No. 315539)
Thomas A. Lash                               Eileen M. Hunter (MN No. 0336336)
Gus M. Centrone                              Erin L. Hoffman (MN No. 0387835)
LASH & WILCOX, PL                            FAEGRE BAKER DANIELS LLP
4401 W. Kennedy Boulevard, Suite 210         2200 Wells Fargo Center
Tampa, FL 33609                              90 South Seventh Street
Tel: (813) 289-3200                          Minneapolis, MN 55402
Fax: (813) 289-5205                          Tel.:    (612) 766-7000
Email: tlash@lashandwilcox.com               Fax:     (612) 766-1600
Email: gcentrone@lashandwilcox.com           Email: aaron.vanoort@FaegreBD.com
                                             Email: eileen.hunter@FaegreBD.com
*Attorney for Plaintiff Angela W. Esposito*  Email: erin.hoffman@FaegreBD.com

Christy T. Nash (FL No. 0550541)
BURR & FORMAN LLP
201 N. Franklin St., Suite 3200
Tampa, Florida 33602
Tel: (813) 221-2626
Fax: (813) 221-4335
Email: cnash@burr.com

*Attorneys for Capital One Bank (USA), N.A.*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2013, a copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

By: /s/ Erin L. Hoffman

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.:    (612) 766-7000
Fax:    (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

        and

Christy T. Nash (FL No. 0550541)
BURR & FORMAN LLP
201 N. Franklin St., Suite 3200
Tampa, Florida 33602
Tel: (813) 221-2626
Fax: (813) 221-4335
Email: cnash@burr.com