UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Capital One Telephone Consumer Protection Act
Litigation
                                              Plaintiff,

v.                                                    Case No.: 1:12−cv−10064

                                                       Honorable James F.
                                                       Holderman

Allied Interstate, LLC
                                             Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2013:

      MINUTE entry before Honorable James F. Holderman: Motion hearing held. Plaintiffs' motion to certify class [49] is taken under advisement. Plaintiff Benjamin Wilkes and Defendant Capital One Bank (USA), N.A.'s joint motion for suggestion of remand [52] is granted. A suggestion of remand is issued to the JPML, recommending that Case No. 1:12−cv−10129 be remanded back to the transferor court, the Northern District of Indiana. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.