**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE CAPITAL ONE TELEPHONE CONSUMER LITIGATION ACT LITIGATION<br><br>This document applies only to:<br><br>1:11-cv-5856 (N.D. Ill.)<br><br>2:12-cv-0024-RSL (W.D. Wash.)<br><br>1:12-cv-01061 (N.D. Ill.) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

## JOINT STATUS HEARING REPORT

I.    **JOINT STATUS HEARING REPORT**

On April 12, 2013, the Court entered an Agreed Order to Stay Proceedings Pending Class Mediation (Dkt. No. 39) and set a status hearing on July 9, 2013, at 10:00 a.m.  Pursuant to that Order, the parties have exchanged informal discovery to facilitate the mediation process.

On July 2, 2013, counsel for Defendant Capital One Bank (USA), N.A. and the Class Plaintiffs attended a productive, full-day mediation session before the Honorable Edward A. Infante (Ret.) of JAMS.  At Judge Infante's suggestion, the parties are in the process of scheduling another mediation session to include counsel for co-defendants Capital Management Systems ("CMS") and Leading Edge Recovery Solutions ("Leading Edge"), and representatives from Defendants' insurers.  Capital One's counsel have reached out in good faith to CMS, Leading Edge, and their insurers to encourage their attendance – and anticipate that they will attend the mediation – but have not yet confirmed their attendance.  Judge Infante and the parties believe that the participation of these debt collector defendants may significantly advance the negotiation of a global settlement of the class claims.  Judge Infante and the parties also discussed the advisability of the Defendants' insurers attending the next mediation session and Defendants are in the process of evaluating this option.  The parties anticipate that the second mediation will occur on or before the week of September 16, 2013.

The parties respectfully request that Court reschedule the July 9, 2013, for October 1, 2013, or a date thereafter most convenient to the Court.

Respectfully submitted,

Dated:  July 3, 2013                    FAEGRE BAKER DANIELS LLP


By:   /s/  *Aaron D. Van Oort*
          Aaron D. Van Oort

Aaron D. Van Oort
Email: aaron.vanoort@FaegreBD.com
Eileen M. Hunter
Email: eileen.hunter@FaegreBD.com
Erin L. Hoffman
Email: erin.hoffman@FaegreBD.com
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600

Attorneys for Capital One Bank (USA), N.A.,
Capital One Financial Corporation, Capital
One Services, LLC, and Capital One, N.A.
On Behalf of All Defendants

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By:   /s/  *Jonathan D. Selbin*
          Jonathan D. Selbin

Jonathan D. Selbin
Email:  jselbin@lchb.com
Douglas I. Cuthbertson
Email:  dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

Daniel M. Hutchinson
Email:  dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Interim Co-Lead Counsel*

TERRELL MARSHALL DAUDT
  & WILLIE PLLC


By:   /s/ *Beth E. Terrell*
          Beth E. Terrell

Beth E. Terrell
Email:  bterrell@tmdwlaw.com
Michael D. Daudt
Email:  mdaudt@tmdwlaw.com
Kimberlee L. Gunning
Email:  kgunning@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Interim Co-Lead Counsel*

KEOGH LAW, LTD

By:    /s/ *Keith James Keogh*
    Keith James Keogh

Keith James Keogh
Email: Keith@Keoghlaw.com
Craig M. Shapiro
Email: cshapiro@keoghlaw.com
Timothy J. Sostrin
Email: tsostrin@keoghlaw.com
KEOGH LAW, LTD
55 W. Monroe
Suite 3390
Chicago, IL 60603

Phone: (312) 726-1092
Facsimile (312) 726-1093

*Interim Liaison Counsel*