**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLNOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| IN RE | ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE | ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT | ) | |
| LITIGATION | ) | |
| This document relates to: | ) | |
| | ) | |
| BRIDGETT AMADECK, ALBERT H. | ) | Case Nos: 1:12-cv-10135 |
| KIRBY, TIFFANY ALARCON, | ) | 1:12-cv-05886 |
| CHARLES C. PATTERSON & DAVID | ) | 1:12-cv-01061 |
| MAC, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| CAPITAL MANAGEMENT SYSTEMS, | ) | |
| & LEADING EDGE RECOVERY | ) | |
| SOLUTIONS. | ) | |

**CLASS PARTIES' JOINT STATUS REPORT**

On July 2, 2013, Capital One Bank (USA), N.A. and the class plaintiffs held an all-day

mediation session in San Francisco, California, with the Honorable Edward A. Infante (Ret.) of

JAMS. The following week, the class parties appeared for a joint status conference on July 9,

2013. After the status conference, the class parties filed a joint status report with the Court. (Dkt.

No. 63.)

In the July 12, 2013, status report, the class parties indicated that a second mediation

session would be held the week of September 16, 2013, and would include class counsel and

counsel for all class defendants. The Court set a status hearing for October 1, 2013, which was

later reset to October 3, 2013, at 10:00 a.m. (Dkt. 66.)

The parties have been diligently preparing for a second mediation session. In those

preparations, Capital One realized that it required additional time to adequately prepare for the mediation. At Capital One's request, the class parties agreed to reschedule the September mediation. Due to the schedules of various participants and Judge Infante, the mediation could not be rescheduled until November 4, 2013. All class parties are committed to attending on November 4, 2013, and will be prepared to participate meaningfully on that date.

Due to the rescheduled mediation, the class parties respectfully request that the Court reschedule the October 3, 2013, status conference for a date in the two or three weeks following the November 4, 2013, mediation session, and keep in place the Agreed Order to Stay Proceedings Pending Class Mediation, entered April 12, 2013. (Dkt. No. 39)

Dated: September 30, 2013                  Respectfully submitted,

/s/ Aaron D. Van Oort
Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation, Capital*
*One Services, LLC, and Capital One, N.A.*
*On Behalf of All Defendants*

2

Dated: September 30, 2013

/s/ Beth E. Terrell  (with consent)
Beth E. Terrell
Michael D. Daudt
Kimberlee L. Gunning
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Tel: (206) 816-6603
Email: bterrell@tmdwlaw.com
Email: mdaudt@tmdwlaw.com
Email: kgunning@tmdwlaw.com

*Interim Co-Lead Counsel*

Dated: September 30, 2013

/s/ Jonathan D. Selbin  (with consent)
Jonathan D. Selbin
Douglas I. Cuthbertson
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592
Email: jselbin@lchb.com
Email: dcuthbertson@lchb.com

Daniel M. Hutchinson
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
Email: dhutchinson@lchb.com

*Interim Co-Lead Counsel*

Dated: September 30, 2013

/s/ Keith James Keogh   (with consent)
Keith James Keogh
Craig M. Shapiro
Timothy J. Sostrin
Keogh Law, Ltd
55 W. Monroe St., Suite 3390
Chicago, IL 60603
Tel.: (312) 726-1092
Fax: (312) 726-1093
Email: Keith@Keoghlaw.com
Email: cshapiro@keoghlaw.com
Email: tsostrin@keoghlaw.com

*Interim Liaison Counsel*

Dated: September 30, 2013

/s/ David M. Schultz  (with consent)
David M. Schultz
James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Tel.: (312) 704-3000
Fax: (312) 704-3001
Email: dschultz@hinshawlaw.com
Email: jvlahakis@hinshawlaw.com

*Attorneys for Leading Edge Recovery Solutions*

Dated: September 30, 2013

/s/ James K. Schultz  (with consent)
James K. Schultz
Daniel Pisani
Sessions Fishman Nathan & Israel LLC
55 West Monroe Street, Suite 1120
Chicago, IL 60603-5130
Tel: (312) 578-0990
Fax: (312) 578-0991
Email: jschultz@sessions-law.biz
Email: dpisani@sessions-law.biz

Dayle M. Van Hoose
Sessions Fishman Nathan & Israel LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
Tel: (813) 890-2460
Fax: (813) 466-3140
Email: dvanhoose@sessions-law.biz

*Attorneys for Capital Management Systems*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2013, a copy of the foregoing **CLASS PARTIES' JOINT STATUS REPORT** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/    Aaron D. Van Oort

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation,*
*Capital One Services, LLC, and Capital One, N.A.*

6