# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE <br> CAPITAL ONE TELEPHONE <br> CONSUMER PROTECTION ACT <br> LITIGATION | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: <br><br> BRIDGETT AMADECK, ALBERT H. KIRBY, TIFFANY ALARCON, CHARLES C. PATTERSON & DAVID MAC, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., CAPITAL MANAGEMENT SYSTEMS, & LEADING EDGE RECOVERY SOLUTIONS. | Case Nos: 1:12-cv-10135 <br> 1:12-cv-05886 <br> 1:12-cv-01061 |

## CLASS PARTIES' JOINT STATUS REPORT

Class parties provide this Joint Status Report in advance of the status hearing scheduled with the Court for November 21, 2013, at 10:00 a.m. to report on settlement. (Dkt. 69.)

On November 4, 2013, Defendants Capital One Bank (USA), N.A. ("Capital One"), Capital Management Systems ("CMS"), Leading Edge Recovery Solutions ("LERS"), and the class plaintiffs held an all-day mediation session in San Francisco, California, with the Honorable Edward A. Infante (Ret.) of JAMS. This was the second all-day mediation session between Capital One and the plaintiffs, and the first attended by CMS and LERS. Class plaintiffs were represented by Interim Co-Lead Counsel, Beth Terrell and Jonathan Selbin and Interim Liaison counsel Keith Keogh. Daniel Hutchinson, Douglas Cuthbertson, Alexander Burke, Kim Williams, Rob Williamson, and Matthew Wilson also appeared on behalf of the class Plaintiffs.

dms.us.53157063.03

Capital One and related entities were represented by inside counsel, and outside counsel Aaron Van Oort, Tiffany Cheung, Eileen Hunter, and Erin Hoffman. CMS was represented by a corporate representative and James Schultz. LERS was represented by a corporate representative and David Schultz. Counsel for LERS's and CMS's insurers also attended.

Class parties understand that Judge Infante has sent a letter to the Court reporting on the parties' substantial progress toward settlement. Based on this progress, the parties have scheduled a third all-day mediation session with Judge Infante on January 29, 2014. In addition, the parties will be participating in a conference call with Judge Infante on December 2, 2013, to report on the status of various informal discovery matters that will advance the likelihood of settlement.

Due to the scheduled mediation, the class parties respectfully request that the Court reschedule the November 21, 2013, status conference for a date in the two or three weeks following the January 29, 2014, mediation session, and keep in place the Agreed Order to Stay Proceedings Pending Class Mediation, entered April 12, 2013. (Dkt. 39.)

Dated: November 14, 2013    Respectfully submitted,


/s/ Aaron D. Van Oort
Aaron D. Van Oort
Eileen M. Hunter
Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A., Capital One Financial Corporation, Capital One Services, LLC, and Capital One, N.A.*


Dated: November 14, 2013    /s/ Beth E. Terrell (with consent)
Beth E. Terrell
Michael D. Daudt
Kimberlee L. Gunning
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Tel: (206) 816-6603
Email: bterrell@tmdwlaw.com
Email: mdaudt@tmdwlaw.com
Email: kgunning@tmdwlaw.com

*Interim Co-Lead Counsel*

dms.us.53157063.03

| | |
|---|---|
| Dated: November 14, 2013 | /s/ Jonathan D. Selbin  (with consent)<br>Jonathan D. Selbin<br>Douglas I. Cuthbertson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br>Email: jselbin@lchb.com<br>Email: dcuthbertson@lchb.com<br><br>Daniel M. Hutchinson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br>Email: dhutchinson@lchb.com<br><br>*Interim Co-Lead Counsel* |
| Dated: November 14, 2013 | /s/ Keith James Keogh (with consent)<br>Keith James Keogh<br>Timothy J. Sostrin<br>Keogh Law, Ltd<br>55 W. Monroe St., Suite 3390<br>Chicago, IL 60603<br>Tel.: (312) 726-1092<br>Fax: (312) 726-1093<br>Email: Keith@Keoghlaw.com<br>Email: tsostrin@keoghlaw.com<br><br>*Interim Liaison Counsel* |

4

| | |
|---|---|
| Dated: November 14, 2013 | /s/ David M. Schultz (with consent)<br>David M. Schultz<br>James C. Vlahakis<br>Hinshaw & Culbertson LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>Tel.: (312) 704-3000<br>Fax: (312) 704-3001<br>Email: dschultz@hinshawlaw.com<br>Email: jvlahakis@hinshawlaw.com<br><br>*Attorneys for Leading Edge Recovery Solutions* |
| Dated: November 14, 2013 | /s/ James K. Schultz (with consent)<br>James K. Schultz<br>Daniel Pisani<br>Sessions Fishman Nathan & Israel LLC<br>55 West Monroe Street, Suite 1120<br>Chicago, IL 60603-5130<br>Tel: (312) 578-0990<br>Fax: (312) 578-0991<br>Email: jschultz@sessions-law.biz<br>Email: dpisani@sessions-law.biz<br><br>Dayle M. Van Hoose<br>Sessions Fishman Nathan & Israel LLC<br>3350 Buschwood Park Dr., Suite 195<br>Tampa, FL 33618<br>Tel: (813) 890-2460<br>Fax: (813) 466-3140<br>Email: dvanhoose@sessions-law.biz<br><br>*Attorneys for Capital Management Systems* |

dms.us.53157063.03

**CERTIFICATE OF SERVICE**

        I certify that on November 14, 2013, a copy of the foregoing **CLASS PARTIES' JOINT STATUS REPORT** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                /s/       Aaron D. Van Oort

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation,*
*Capital One Services, LLC, and Capital One, N.A.*