UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Capital One Telephone Consumer Protection Act
Litigation
                      Plaintiff,

v.                                   Case No.: 1:12−cv−10064

                                              Honorable James F.
                                              Holderman

Allied Interstate, LLC, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2013:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held and continued to 12/19/13 at 11:00 a.m. Parties shall file a Form 52 report by 12/12/13. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.