# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Capital One Telephone Consumer Protection Act
Litigation, et al.

                                                                          Plaintiff,

v.                                                                               Case No.: 1:12−cv−10064
                                                                              Honorable James F.
                                                                              Holderman

Allied Interstate, LLC, et al.

                                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2014:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held and continued to 4/22/14 at 10:00 a.m. Plaintiffs' class counsel and Defendants Capital One report that a class settlement in principle was reached today, 2/11/14. Defendants shall disclose the terms of the settlement to Individual Plaintiffs by 2/14/14. Individual Plaintiffs shall have until 2/21/14 to let Capital One's counsel know whether they will accept the class settlement terms or continue to proceed with further pretrial litigation in this MDL action. Defendants' response to Individual Plaintiffs' initial discovery requests shall be served by 3/31/14. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.