IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416<br><br>Honorable James F. Holderman |
| This document relates to: ALL CASES | |

## ORDER

Status hearing held and continued to 6/17/14 at 11:00 a.m. Plaintiff Jessica Vadella's motion to amend complaint shall be filed in the master MDL case number, 12 C 10064. Capital One shall file a statement in response to the amended complaint. Confirmatory discovery shall be completed by 5/23/14. Parties shall file their motion for preliminary approval by 6/13/14 and notice it for presentment on 6/17/14 at 11:00 a.m. Individual Plaintiffs' motions for summary judgment and depositions, unless agreed to by parties, are stayed.

4/22/14

James F. Holderman
United States District Judge