August 21, 2014

Clerk of Court
U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

FILED
AUG 2 5 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: Capital One Telephone Consumer Protection Act Litigation
MDL No. 2416, Master Docket No. 1:12 – cv – 10064 (N.D., IL)

Dear Clerk of Court,

I am making an "objection" to the above class action suit filed against Capital One. I object because law firms: Keogh Law in Chicago, IL, Terrell Marshall Daudt & Willie in Seattle, WA and Lieff Cabraser Heimann & Bernstein of San Francisco, CA and New York, NY; has included my name and information **without my consent**. My objection also includes my complaint that these law firms (with only 5 plaintiffs), are "enhancing" a class action suit v. Capital One solely of benefiting millions of dollars because of their own interests; not to benefit those who were supposedly "inflicted" with these automated calls from 2/28/09 through 6/30/14. I do not agree with this settlement.

It has not been even two weeks and I receive "another" post card mailer regarding a huge class action lawsuit against another corporation (Wilkens v. HSBC Bank)(letter enclosed – case # 14-cv-190)). Again you will see, and please note; the law firm of Lieff Cabraser Heimann & Bernstein being part of this other huge suit and again without my consent.

Clerk of Court, I would like to note to you that Capital One has agreed to a settlement fund of $75,455,098.74. The 5 plaintiffs receiving $5,000.00 each; however, the 3 law firms will benefit from myself and the people they send these "post card, legal notices" to, an amount of $22,636,528.00. I believe this class action settlement to be an abuse of our legal system and with the sole purpose of the 3 law firms benefiting millions of dollars from those who actually received automated phone calls (greed).

At this time, I am sending this letter to you for your consideration on my own behalf. If it is requested of me to appear at the fairness hearing by your order, I may seek counsel.

Thank you for your time and reading my "objection". I hope that you understand my intentions of fairness and how ridiculous these huge class action suits abuse our legal system and of big law firms finding ways to benefit themselves from others, an intentional move by their own deceiving behavior.

Respectfully,

Jeffrey T. Collins
9450 Live Oak Place, 104
Davie, Florida 33324
954-232-0104
Notice ID # 44030-87892-90505

August 8, 2014

Honorable Judge Holderman
U.S. District Court of the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: Wilkins v. HSBC Bank Nevada N.A. (Wilkins TCPA Settlement Class Action)
Michael Wilkins & Kenneth Mills v. HSBC and HSBC Bank of Nevada N.A.
Case # 14 – cv - 190

Dear Hon. Judge Holderman,

I would like to make an "objection" to the above regarded class action suit filed against HSBC Bank by Wilkins & Mills. I am a "claimant" in this class action suit.

HSBC Bank has awarded the settlement in the amount of $39,975,000.000, but Wilkins & Mills is asking for a monetary settlement of their portion in the amount of $11,992,500.000.

Since I have been found affected as a consumer and found to be part of this class action suit, I believe the "counsels" fee to be an overwhelming, unfair amount which only leaves the balance of the settlement to the "actual claimants" at a proposed portion of only $20.00 to $40.00 each.

I believe Wilkins & Mills to be negligent in practicing unfair attorney practice to which the purposeful class action suit truly should more so benefit the actual claimants that were affected than the law firm itself. In retrospect; an unfair amount proportionately.

As asked by the settlement case and law firms below, I am sending my "objection" request to you for your consideration and evaluation of fairness in monetary disbursement to the true claimants of this class action suit. Below is also outlined A – I that was asked of me to include:

A) Wilkins v. HSBC Bank of Nevada N.A., Case # 14-cv-190
B) Jeffrey T. Collins – 9450 Live Oak Place, 104 Davie, FL 33324. (954) 232-0104. Claim # 01431222, Control # 7524668992
C) I am a claimant in this class action suit because as a consumer of HSBC Bank, I received an automated call placed by HSBC Bank to my cellular telephone number (954) 232-0104, I believe was placed on January 2, 2009. Which entitles me as a "claimant" because the action suit claims time frame of May 31, 2008 to May 1, 2012.

D) My grounds for "objection" as stated above, I will repeat: HSBC Bank has awarded the settlement in the amount of $39,975,000.000, but Wilkins & Mills is asking for a monetary settlement of their portion in the amount of $11,992,500.000.

Since I have been found affected as a consumer and found to be part of this class action suit, I believe the "counsels" fee to be an overwhelming, unfair amount which only leaves the balance of the settlement to the "actual claimants" at a proposed portion of only $20.00 to $40.00 each.

I believe Wilkins & Mills to be negligent and practicing unfair attorney practice to which the purposeful class action suit truly should more so benefit the actual claimants that were affected than the law firm itself. In retrospect; an unfair amount proportionately.

At this time I am representing myself and claim. If further action calls for my legal support, I will seek and "attain" attorney counsel.

E) At this time I am representing myself and claim. If further action calls for my legal support, I will seek attorney counsel and supply the court with attorney information and amount of compensation for assisting my legal claim.
F) No counsel at this time has been assessed for my benefit, therefore; I am unaware at this time if attorney counsel on my behalf will be presented at final approval hearing.
G) I, Jeffrey T. Collins or counsel attorney I retain will attend if necessary to testify at the final approval hearing in support of my objection for the Honorable Judge Holderman.
H) Dependent upon the Honorable Judge Holderman's decision whether I am required to attend to testify or if other "objection" settlement could be attained; meaning to "settle" a fair claim in monetary amount out of court.
I) My signature:

Cc:  Daniel M. Hutchinson, Esq.  
Lieff, Cabraser, Heimann & Bernstein, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA 94111

Lisa M. Simonetti, Esq.  
Stroock & Stroock & Lavan LLP  
2029 Century Park East  
Los Angeles, CA 90067-3086