In regards to: Capital one Telephone Consumer Protection Act Litigation, MDL No. 2416, Master Docket #1:12-cv-10064 (N.D. ill.)

8/20/14

Dear Clerk of the Court.

I would like to voice my objection to the class action suit sited above. As a litigant in the CAS I am one of the persons who ended up losing a lot more than a little sleep and money by the behavior of Capital One's debt collection scare tactics. Not only did it force me to sell my home at a loss during the housing collapse but once I tried to work out a settlement to pay off the debt they would not negotiate, further compounding my anxiety and loss.

I am sure my voice counts as nothing, as it did in trying to deal with Capital One.

But the paltry sum of "Up to $40" is just insulting.

So yes, I object to them getting a slap on the wrist while I, and I am sure other card holders were forced to destroy their future finances.

I will not be attending the hearing nor will any counsel on my behalf.

Sincerely

Bradley D. Rogers
6817 se 20th ave
Portland Oregon 97202
503-869-6505
bradleyrogers@spiritone.com

FILED

AUG 2 5 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT