Lisa Ann Pacheco

233 Puti Tai Nobio St. Barrigada Hts., Guam 96913

h. (671)632-4466 w. (671)635-43814 c.(671)685-3815

August 23, 2014

Clerk of Court
U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**
**AUG 29 2014**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Dear Clerk of Court, U.S. District Court, Northern District of Illinois,

This letter is a notice that I object to the prosposed Settlement in re Capital One Telephone Consumer Protection Act Litigation, MDL No. 2416 Master Docket No. 1:12-cv-10064 (N.D.Ill.).

I am a Settlement Class Member, and I think that my Settlement estimate is not fair. According to the settlement, it is estimated that I will receive $20.00 and $40.00 for my settlement.

I do not believe this is fair! These are my reasons:

1. Attorneys should only get a lower percentage than the injured party of this unlawful act, which is me and the Settlement Class members.
2. The unclaimed money should **not** go to a non- profit organization that we, (valid Settlement Class Members) do not know about, but the extra unclaimed money should be distributed first to the valid Settlement Class and only after agreement with the percentage by the settlement class members to have a say on the percentages going to the in question non-profit organization(s).
3. We, the valid Settlement Class members, should be able to get at least **70% more** or **equal** to what is being paid out to the attorneys. <u>**Even, if I will not be at the hearing, as an attorney or counsel settles this matter for me,** because I am the injured member of the settlement class, not the attorneys and not the non-profit organization(s).</u>
4. If the attorneys are getting paid more than the $20.00 and $40.00 that is estimated as settlement for me, then I should get compensated just as much as what the attorneys are receiving or 70% more than what the attorney fees stated they are claiming to receive from the settlement.

I will not be present at the hearing, but I wish to be represented by a willing attorney or through counsel on my behalf to settle this matter for me. Thank you for your help and cooperation in this matter.

Sincerely,
Lisa Ann Pacheco

(671)632-4466