MM-T

FILED

SEP 1 8 2014

**Dear Clerk of Court Room #1801**
**U.S. District Court, Northern District of Illinois**
**Everett McKinley Dirksen United States Courthouse**
**219 South Dearborn Street**
**Chicago, IL 60604**

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

In re Capital One Telephone Consumer Protection Act Litigation, MDL No. 2416, Master Docket No. 1:12-cv-10064 (N.D. Ill.).

Claimant Notice ID: 62630-28259-09603

**JOSE VERA**
**P.O.BOX 261873**
**TAMPA FL, 33685-1873**
**813-389-8157**

My name is Jose Vera I am a Settlement Class member I have 3 credit card account at Capital One and owes money to Capital One, my account balances ending in # 5164 is $2,500  my account balances ending in #5418 is $2,000  my account balances ending in #2491 is $2,500 Total balance all together is $7,000.

I ask the Court to approve payment from settlement checks that remain uncashed for more than 180 days, it should be applied towards my balance of $7,000 on my credit on my member's Capital One credit card statement or the forgiveness of debt owed to Capital One or in the form of a check.

This is the reason why I object to this settlement I do not think the Settlement is fair. I do not agree with the settlement to distribute or donate my portion of the Common Fund remains to any non-profit(s) or the Berkman Center for Internet & Society at Harvard University and the Electronic Frontier Foundation.  Until it's is first applied towards my credit on my member's Capital One credit card statement or the forgiveness of debt owed to Capital One or in the form of a check.

I'm requesting and asking the Court to approve payments of my portion of the Common Fund remains towards my capital one credit card statement balance of $7,000 if any of the Common Fund remains after payment of all valid and timely claims, such as from settlement checks that remain uncashed for more than 180 days, it should be applied towards my credit on my member's Capital One credit card statement or the forgiveness of debt owed to Capital One. Before such or any Common Fund remains will be paid to any non-profit(s) or the Berkman Center for Internet & Society at Harvard University and the Electronic Frontier Foundation,

Thank you very much

Jose Vera