IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION | )<br>)<br>)<br>)<br>) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRIDGETT AMADECK, et al.,<br><br>   v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:12-cv-10135 |
| This document relates to:<br><br>NICHOLAS MARTIN, et al.,<br><br>   v.<br><br>LEADING EDGE RECOVERY<br>SOLUTIONS, LLC, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:11-cv-05886 |
| This document relates to:<br><br>CHARLES C. PATTERSON,<br><br>   v.<br><br>CAPITAL MANAGEMENT<br>SERVICES, L.P. and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:12-cv-01061 |

**CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES
AND FOR SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

Counsel for Plaintiffs and the Settlement Class ("Class counsel") respectfully request that the Court award Class counsel attorneys' fees of 30% of the Settlement Fund. Class counsel further request that the Court approve incentive awards of $5,000 each to the five named

plaintiffs, for their service as class representatives in this matter. In support of this motion, Class counsel state:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b), class action lawsuit, which challenges the use of automatic dialers and prerecorded messages to call cellular telephones. The parties entered into a class Settlement, which the Court preliminarily approved on July 29, 2014. [Docket Entry 137]. This motion is submitted in anticipation of the final approval hearing set for December 9, 2014.

2. Class counsel respectfully request that the Court award Class counsel attorneys' fees of 30% of the Settlement fund. Class counsel further request that the Court approve incentive awards of $5,000 each to Mr. Patterson, Mr. Mack, Ms. Alarcon, Ms. Amadeck, and Mr. Kalik, for their service as class representatives in this matter.

3. Class counsel submit a memorandum in further support of this motion.

WHEREFORE, Class counsel respectfully request that the Court award Class counsel attorneys' fees of 30% of the Settlement fund. Class counsel further request that the Court approve incentive awards of $5,000 each Mr. Patterson, Mr. Mack, Ms. Alarcon, Ms. Amadeck, and Mr. Kalik, for their service as class representatives in this matter.

Dated: September 29, 2014  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   /s/ *Jonathan D. Selbin*
       Jonathan D. Selbin

Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Email: dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel*

TERRELL MARSHALL DAUDT
  & WILLIE PLLC


By:    /s/ *Beth E. Terrell*
            Beth E. Terrell

Beth E. Terrell
Email: bterrell@tmdwlaw.com
Michael D. Daudt
Email: mdaudt@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Interim Co-Lead Counsel*

KEOGH LAW, LTD


By:   /s/ *Keith James Keogh*
       Keith James Keogh

Keith James Keogh
Email: Keith@Keoghlaw.com
Craig M. Shapiro
Email: cshapiro@keoghlaw.com
Timothy J. Sostrin
Email: tsostrin@keoghlaw.com
KEOGH LAW, LTD
55 W. Monroe
Suite 3390
Chicago, IL 60603

Telephone: (312) 726-1092
Facsimile (312) 726-1093

*Interim Liaison Counsel*

- 4 -

1196590.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2014, service of this document was accomplished via email and United States First Class Mail to the following:

>Aaron D. Van Oort
>Email:  aaron.vanoort@faegrebd.com
>Eileen M. Hunter
>Email:  eileen.hunter@faegrebd.com
>Erin L. Hoffman
>Email:  erin.hoffman@faegrebd.com
>FAEGRE BAKER DANIELS
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, Minnesota 55402-3901
>Telephone: (612) 766-7000
>Facsimile: (612) 766-1600
>
>*Attorneys for Defendant Capital One*
>
>James K. Shultz
>Email: jschultz@sessions-law.biz
>SESSIONS, FISHMAN, NATHAN & ISRAEL LLC
>55 West Monroe Street, Suite 1120
>Chicago, Illinois 60603-5130
>Direct: (312) 578 -0993
>Office: (312) 578-0990
>Fax: (312) 578-0991
>
>*Attorneys for Defendant Capital Management Systems, LP*
>
>Alan I. Greene
>agreene@hinshawlaw.com
>HINSHAW & CULBERTSON LLP
>222 North LaSalle Street, Suite 300
>Chicago, IL 60601
>Telephone:  (312) 704-3536
>
>*Attorneys for Defendant Leading Edge Recovery Solutions, LLC*

      Grace Carter
      gracecarter@paulhastings.com
      PAUL HASTINGS
      55 Second Street
      Twenty-Fourth Floor
      San Francisco, CA 94105
      Phone: (415) 856-7015
      Fax: (415) 856-7115

      *Attorneys for Defendant AllianceOne Receivables Management, Inc.*

Dated this 29th day of September, 2014.

      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


      By:   /s/ *Daniel M. Hutchinson*
            Daniel M. Hutchinson

      Daniel M. Hutchinson
      Email: dhutchinson@lchb.com
      **LIEFF CABRASER HEIMANN**
        **& BERNSTEIN, LLP**
      275 Battery Street, 29th Floor
      San Francisco, CA 94111-3339
      Telephone: (415) 956-1000
      Facsimile: (415) 956-1008

      *Attorneys for Plaintiffs*