# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of *Capital One Telephone Consumer Protection Act Litigation*

Case Number: 1:12-cv-10064

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Objector Jeffrey T. Collins

| | |
|---|---|
| NAME (Type or print) | |
| Melissa A. Holyoak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Melissa A. Holyoak | |
| FIRM Center for Class Action Fairness | |
| STREET ADDRESS 1718 M Street, N.W., No. 236 | |
| CITY/STATE/ZIP Washington, D.C. 20036 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 573.823.5377 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL         APPOINTED COUNSEL | |