# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of *Capital One Telephone Consumer Protection Act Litigation* | Case Number: 1:12-cv-10064 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

> Objector Jeffrey T. Collins

| |
|---|
| NAME (Type or print) |
| Kirstin B. Ives |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Kirstin B. Ives |
| FIRM   Williams Montgomery & John Ltd. |
| STREET ADDRESS   233 South Wacker Drive, Suite 6100 |
| CITY/STATE/ZIP   Chicago, Illinois 60606-6359 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6289952 | TELEPHONE NUMBER   312-443-3200 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                          APPOINTED COUNSEL |