# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ) <br> CAPITAL ONE TELEPHONE ) <br> CONSUMER PROTECTION ACT ) <br> LITIGATION ) | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: ) <br> ) <br> Jessica Vadella, ) <br> ) <br> v. ) <br> ) <br> Capital One Bank (USA), N.A., ) <br> NCO Financial Systems, Inc. ) <br> Allied Interstate, LLC. ) | Case No: 1:12-cv-10134 |

## AGREED ORDER TO DISMISS CAPITAL ONE WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by Plaintiff and Defendant Capital One Bank (USA), N.A.:

IT IS HEREBY ORDERED that all claims against Capital One Bank (USA), N.A. in *Jessica Vadella v. Capital One Bank (USA), N.A.* are dismissed with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 8, 2014

*James F. Holderman*
JAMES F. HOLDERMAN
United States District Judge