# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE CAPITAL ONE TELEPHONE CONSUMER LITIGATION ACT LITIGATION | )<br>)<br>) Master Docket No. 1:12-cv-10064<br>) MDL No. 2416<br>) Relates to All Cases<br>)<br>) Judge Holderman<br>) |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on October 27, 2014, the undersigned caused to be filed with the United States District Court, Northern District of Illinois, OBJECTIONS, PROOF OF MEMBERSHIP IN CLASS AND NOTICE OF INTENT TO APPEAR, BY COUNSEL, AT THE DECEMBER 9, 2014 FAIRNESS HEARING, a true and correct copy of which is attached hereto and served upon you.

DATED: October 27, 2014

                                               Respectfully submitted,

                                               DEVERA R.D. BARTTE,
                                               Objector,

                                           By:   /s/   Thomas C. Cronin
                                                     One of her Attorneys

CRONIN & CO., LTD.
Thomas C. Cronin.
161 North Clark Street
Suite 2550
Chicago, Illinois 60601
312.201.7100