# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Capital One Telephone Consumer Protection Act Litigation, et al.

            Plaintiff,

v.                Case No.: 1:12−cv−10064
                Honorable James F. Holderman

Allied Interstate, LLC, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 30, 2014:

  MINUTE entry before the Honorable James F. Holderman: Motion hearing held. Objector Jeffrey T. Collins' motion to lift stay for limited discovery [191] is granted. Plaintiffs' counsel shall produce the requested discovery by 11/13/14. This case is referred to Magistrate Judge Kim for discovery supervision, including any matters concerning the parties' obligations to keep the produced information confidential. Status hearing remains set for 11/13/14 at 11:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.