**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION | )<br>)<br>)<br>)<br>) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRIDGETT AMADECK, et al.,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:12-cv-10135 |
| This document relates to:<br><br>NICHOLAS MARTIN, et al.,<br><br>    v.<br><br>LEADING EDGE RECOVERY<br>SOLUTIONS, LLC, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:11-cv-05886 |
| This document relates to:<br><br>CHARLES C. PATTERSON,<br><br>    v.<br><br>CAPITAL MANAGEMENT<br>SERVICES, L.P. and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:12-cv-01061 |

**DECLARATION OF DANIEL M. HUTCHINSON REGARDING**
**CLASS COUNSEL'S ATTORNEYS' FEES AND COSTS**

I, Daniel M. Hutchinson, declare as follows:

1. I am a member of the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), counsel of record for Plaintiffs in this matter.[1] I am admitted to this Court's general bar and am a member in good standing of the bar of the State of California; the United States District Court for the Central, Northern, and Southern Districts of California; the United States District Court for the Eastern District of Wisconsin; and the U.S. Courts of Appeals for the First, Third, Fourth, and Ninth Circuits. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Class counsel continue to believe that an award of attorneys' fees, inclusive of litigation costs, based on a percentage of the settlement fund is appropriate and is preferred under the market approach adopted by the Seventh Circuit.

3. A class member recently requested, and the Court ordered production of, Class counsel's summary time records for the persons who have performed work on behalf of the Class in this litigation. Class counsel provided that information to the class member yesterday.

4. For the sake of complete transparency, Class counsel set forth below, and have posted to the case website at https://capitalonetcpaclasssettlement.com/, a summary of their time records in this litigation.

5. This information supplements the Declaration of Jonathan D. Selbin in Support of Motion for Attorneys' Fees and Service Awards (Dkt. No. 177); Declaration of Beth E. Terrell in Support of Motion for Attorneys' Fees and Service Awards (Dkt. No. 177-2); Declaration of Keith Keogh in Support of Motion for Attorneys' Fees and Service Awards (Dkt. No. 177-2); Declaration of Alexander H. Burke in Support of Motion for Attorneys' Fees and Service Awards (Dkt. No. 177-2); Declaration of Rob Williamson in Support of Motion for Attorneys'

---

[1] Beth Terrell of Terrell Marshall Daudt & Willie PLLC also serves as Lead Counsel and Keith Keogh of Keogh Law, Ltd. serves as Liaison Class Counsel. Plaintiffs Mack, Amadeck, Kalik, Patterson, and Alarcon are represented by the following firms, respectively: Burke Law Offices, LLC, Williamson & Williams and Terrell Marshall Daudt & Willie PLLC, Keogh Law, Ltd., and Lieff Cabraser Heimann & Bernstein, LLP and Meyer Wilson Co., LPA.

Fees and Service Awards (Dkt. No. 177-2); and Declaration of Matthew R. Wilson in Support of Motion for Attorneys' Fees and Service Awards (Dkt. No. 177-2).

6. Lieff Cabraser Heimann & Bernstein, LLP incurred the following lodestar and costs in this litigation:

Partner

| Name | Hours | Rate | Total |
|---|---|---|---|
| Jonathan Selbin | 191.20 | 775.00 | 148,180.00 |
| Daniel Hutchinson | 356.30 | 550.00 | 195,965.00 |
| | 547.50 | | 344,145.00 |

Associate

| Name | Hours | Rate | Total |
|---|---|---|---|
| Douglas Cuthbertson | 442.70 | 465.00 | 205,855.50 |
| Nicole Sugnet | 2.70 | 435.00 | 1,174.50 |
| | 445.40 | | 207,030.00 |

Paralegal/Clerk

| Name | Hours | Rate | Total |
|---|---|---|---|
| Richard Anthony | 2.40 | 305.00 | 732.00 |
| Todd Carnam | 10.00 | 305.00 | 3,050.00 |
| Conner Griffith | 0.50 | 285.00 | 142.50 |
| Mariana Jones | 7.10 | 285.00 | 2,023.50 |
| Ariel Leitner-Zieff | 3.70 | 260.00 | 962.00 |
| Diamond Lewis | 3.50 | 260.00 | 910.00 |
| Lionel Lints | 3.80 | 275.00 | 1,045.00 |
| Jennifer Rudnick | 103.20 | 305.00 | 31,476.00 |
| Yun Swenson | 23.50 | 305.00 | 7,167.50 |
| Alexander Zane | 0.40 | 305.00 | 122.00 |
| | 158.10 | | 47,630.50 |

Litigation Support / Research

| Name | Hours | Rate | Total |
|---|---|---|---|
| Major Mugrage | 2.00 | 320.00 | 640.00 |
| Renee Mukerji | 1.90 | 270.00 | 513.00 |
| Cyrus Yamat | 10.00 | 320.00 | 3,200.00 |
| Anthony Grant | 6.00 | 320.00 | 1,920.00 |
| | 19.90 | | 6,273.00 |

Total Lodestar 1,170.90 605,078.50

| | | |
|---|---|---|
| Total Lodestar: | $ | 605,078.50 |
| Total Expenses: | $ | 36,767.04 |
| Total: | $ | 641,845.54 |

7. Terrell Marshall Daudt & Willie PLLC reported incurring the following lodestar and costs in this litigation:

| Professional | Role | Time | Rate | | Total | |
|---|---|---|---|---|---|---|
| Beth E. Terrell | Partner | 322.8 | $ | 650.00 | $ | 209,820.00 |
| Michael D. Daudt | Partner | 157.1 | $ | 650.00 | $ | 102,115.00 |
| Mary B. Reiten | Partner | 4.4 | $ | 500.00 | $ | 2,200.00 |
| Kim L. Gunning | Partner | 45.0 | $ | 450.00 | $ | 20,250.00 |
| Jennifer R. Murray | Partner | 11.1 | $ | 450.00 | $ | 4,995.00 |
| Erika L. Nusser | Associate | 26.7 | $ | 350.00 | $ | 9,345.00 |
| Jennifer J. Boschen | Paralegal/Clerk | 14.0 | $ | 250.00 | $ | 3,500.00 |
| Rachel E. Hoover | Paralegal/Clerk | 3.0 | $ | 250.00 | $ | 750.00 |
| Carolyn McConnell | Paralegal/Clerk | 12.8 | $ | 250.00 | $ | 3,200.00 |
| Eden B. Nordby | Paralegal/Clerk | 17.8 | $ | 250.00 | $ | 4,450.00 |
| Sam J. Strauss | Associate | 12.7 | $ | 250.00 | $ | 3,175.00 |
| Bradford K. Kinsey | Paralegal/Clerk | 45.4 | $ | 200.00 | $ | 9,080.00 |
| Hannah J. Buckendorf | Paralegal/Clerk | 50.2 | $ | 100.00 | $ | 5,020.00 |
| Janice C. Cole | Paralegal/Clerk | 16.9 | $ | 100.00 | $ | 1,690.00 |
| Total Lodestar | | 739.9 | | | $ | 379,590.00 |

| | | |
|---|---|---|
| Total Lodestar: | $ | 379,590.00 |
| Total Expenses: | $ | 23,991.07 |
| Total: | $ | 403,581.07 |

8. Keogh Law, Ltd. reported incurring the following lodestar and costs in this litigation:

| Professional | Role | Years in Practice | Time | Rate | Total | |
|---|---|---|---|---|---|---|
| Keith J. Keogh | Partner | 15 | 713.4 | $500 | $ | 356,700.00 |
| Timothy J. Sostrin | Associate | 7 | 120.1 | $425 | $ | 51,042.50 |
| Michael Hilicki | Associate | 20 | 4 | $500 | $ | 2,000.00 |
| Kathreine Bowen | Associate | 2 | 16.4 | $200 | $ | 3,280.00 |
| Matthew Seckel | Paralegal | 6 | 24.7 | $150 | | $3,705.00 |

|  |  |  |  | $ | 416,727.50 |
|---|---|---|---|---|---|

|  |  | Total Lodestar: | $ | 416,727.50 |
|---|---|---|---|---|
|  |  | Total Expenses: | $ | 3,995.10 |
|  |  | Total: | $ | 420,722.60 |

9. Burke Law Offices, LLC, reported incurring the following lodestar and costs in this litigation:

| Professional | Role | Time | Rate | | Total |
|---|---|---|---|---|---|
| Alexander Burke | Partner | 384.50 | $ 575.00 | $ | 221,087.50 |
|  |  |  | Total Lodestar: | $ | 221,087.50 |
|  |  |  | Total Expenses: | $ | 4,666.95 |
|  |  |  | Total: | $ | 225,753.45 |

10. Williamson & Williams reported incurring the following lodestar and costs in this litigation:

| Professional | Role | Time | Rate | | Total |
|---|---|---|---|---|---|
| Rob Williamson | Partner | 237.30 | $ 760.00 | $ | 180,348.00 |
| Kim Williams | Partner | 241.35 | $ 650.00 | $ | 156,877.50 |
|  | Summary: | 478.65 |  | $ | 337,225.50 |
|  |  |  | Total Lodestar: | $ | 337,225.50 |
|  |  |  | Total Expenses: | $ | 6,770.00 |
|  |  |  | Total: | $ | 343,995.50 |

11. Meyer Wilson Co., LPA reported incurring the following lodestar and costs in this litigation:

| Professional | Role | Years in Practice | Time | Rate | Total |
|---|---|---|---|---|---|
| Matthew R. Wilson | Principal | 14 | 380.4 | 475 | 180,690 |
| Daniel Freytag | Of Counsel | 39 | 54.4 | 450 | 24,480 |
| Michael Boyle | Associate | 6 | 51.2 | 325 | 16,640 |
| Nathan Forb | Law Clerk |  | 129 | 250 | 32,250 |

1205958.1

|  |  |
|---:|:---|
| Total Lodestar: | $ 254,060.00 |
| Total Expenses: | $   12,831.58 |
| Total: | $ 266,891.58 |

*   *   *

I declare under of the laws of Illinois and the United States that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on November 14, 2014.

/s/ *Daniel M. Hutchinson*<br>
Daniel M. Hutchinson