**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE )<br>CAPITAL ONE TELEPHONE )<br>CONSUMER PROTECTION ACT )<br>LITIGATION )<br>) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to: )<br>)<br>BRIDGETT AMADECK, et al., )<br>)<br>v. )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION, and CAPITAL ONE )<br>BANK (USA), N.A. ) | Case No: 1:12-cv-10135 |
| This document relates to: )<br>)<br>NICHOLAS MARTIN, et al., )<br>)<br>v. )<br>)<br>LEADING EDGE RECOVERY )<br>SOLUTIONS, LLC, and CAPITAL ONE )<br>BANK (USA), N.A. ) | Case No: 1:11-cv-05886 |
| This document relates to: )<br>)<br>CHARLES C. PATTERSON, )<br>)<br>v. )<br>)<br>CAPITAL MANAGEMENT )<br>SERVICES, L.P. and CAPITAL ONE )<br>BANK (USA), N.A. ) | Case No: 1:12-cv-01061 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Bridgett Amadeck, Tiffany Alarcon, Charles C. Patterson, David Mack, and Andrew Kalik and the Settlement Class, by and through their undersigned counsel, respectfully request that the Court to grant final approval of the class action settlement reached in the above-entitled litigation. In support of this motion, Plaintiffs state as follows:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b), class action lawsuit, which challenges the use of automatic dialers and prerecorded messages to call cellular

telephones. The parties entered into a Settlement, which the Court preliminarily approved on July 29, 2014 (Dkt. No. 137). This motion is submitted in anticipation of the final approval hearing set for January 15, 2015.

2. Plaintiffs respectfully request that the Court grant their motion by finding the Settlement to be fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2).

3. Plaintiffs' motion is based on the following currently filed herewith papers: Plaintiffs' Memorandum in Support of Motion for Final Approval of Settlement; Plaintiffs' Response to Objections to Settlement; the Declaration of Jonathan D. Selbin in Support of Plaintiffs' Motion for Final Approval and the exhibits thereto; the Supplemental Declaration of Orran Brown, Sr., in Support of Final Approval and the exhibits thereto; the Declaration of Brain T. Fitzpatrick; and the Declaration of David Rosenberg. Plaintiffs' motion is also based on the other pleadings and papers filed in this case and any oral argument this Court permits.

Dated: November 18, 2014                Respectfully submitted,

                                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Jonathan D. Selbin*
       Jonathan D. Selbin

Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Email:  dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Co-Lead Counsel*

TERRELL MARSHALL DAUDT
  & WILLIE PLLC


By:   /s/ *Beth E. Terrell*
         Beth E. Terrell

Beth E. Terrell
Email:  bterrell@tmdwlaw.com
Michael D. Daudt
Email:  mdaudt@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Co-Lead Counsel*


KEOGH LAW, LTD


By:   /s/ *Keith James Keogh*
         Keith James Keogh

Keith James Keogh
Email: Keith@Keoghlaw.com
Craig M. Shapiro
Email: cshapiro@keoghlaw.com
Timothy J. Sostrin
Email: tsostrin@keoghlaw.com
KEOGH LAW, LTD
55 W. Monroe
Suite 3390
Chicago, IL 60603

Telephone:  (312) 726-1092
Facsimile   (312) 726-1093

*Liaison Counsel*

3