**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION | )<br>)<br>)<br>)<br>) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRIDGETT AMADECK, et al.,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:12-cv-10135 |
| This document relates to:<br><br>NICHOLAS MARTIN, et al.,<br><br>    v.<br><br>LEADING EDGE RECOVERY<br>SOLUTIONS, LLC, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:11-cv-05886 |
| This document relates to:<br><br>CHARLES C. PATTERSON,<br><br>    v.<br><br>CAPITAL MANAGEMENT<br>SERVICES, L.P. and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:12-cv-01061 |

## DECLARATION OF ERIN L. HOFFMAN

Pursuant to 28 U.S.C. § 1746, the undersigned Erin L. Hoffman declares as follows:

1.      My name is Erin L. Hoffman. I am an attorney with the law firm Faegre Baker

Daniels LLP and am one of the attorneys representing defendants Capital One Financial

Corporation; Capital One Bank (USA), N.A.; Capital One, N.A.; Capital One Services, LLC; and

1

Capital One Services II, LLC in this action. I submit this declaration in support of Plaintiffs'

Motion for Final Approval of Class Action Settlement.

2.      As part of my responsibilities, I work with Capital One to investigate each case

filed against Capital One that alleges violations of the Telephone Consumer Protection Act to

determine whether the case is appropriate for transfer to MDL No. 2416. As a result of this work,

I am familiar with Capital One's account records.

3.      Each individual who filed an objection to the proposed class settlement is a

Capital One customer.

4.      Attached as Exhibit A is a true and correct copy of the Final Approval of Class

Action Settlement entered in *In re Kentucky Grilled Chicken Coupon Marketing & Sales

Practices Litigation*, No. 09-cv-7670 (N.D. Ill. Nov. 30, 2011) (Dkt. 113).

5.      Attached as Exhibit B is a true and correct copy of the 2005 version of Capital

One's customer agreement.

6.      Attached as Exhibit C is a true and correct copy of the 2008 version of Capital

One's customer agreement.

7.      Attached as Exhibit D is a true and correct copy of the 2010 version of Capital

One's customer agreement.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2014                                    /s/ Erin L. Hoffman
                                                            ERIN L. HOFFMAN

US.55227425.01