UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Capital One Telephone Consumer Protection Act
Litigation, et al.

                            Plaintiff,

v.                                            Case No.: 1:12−cv−10064
                                                 Honorable James F.
                                                 Holderman

Allied Interstate, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 21, 2014:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, Objector Jeffrey T. Collins's motion to compel discovery responses and for additional discovery [272] is granted in part and denied part. The motion is granted to the extent that the class attorneys are ordered to respond to Interrogatory #4, in lieu of supplementing their answers to Interrogatory 2(b), by November 25, 2014. When responding, class attorneys are to provide two sets of their answers to Collins: one set of answers containing the requested information, including case names and case numbers, and one set of answers including the requested information but with anonymized case information. The motion is denied to the extent that Collins seeks to serve Interrogatory #5 and #6. Collins is directed to explain in writing, by 12:00 p.m. on November 25, 2014, why he needs to identify the case names and case numbers of unrelated TCPA cases, for which he is discovering fee information, in the supplement scheduled to be filed with the assigned District Judge on December 3, 2014. A status hearing is scheduled for November 26, 2014, at 8:00 a.m. in courtroom 1019. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.