UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRIDGETT AMADECK, et al.,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, and CAPITAL ONE BANK (USA), N.A. | Case No. 1:12-cv-10135 |
| This document relates to:<br><br>NICHOLAS MARTIN, et al.,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC, and CAPITAL ONE BANK (USA), N.A. | Case No. 1:11-cv-05886 |
| This document relates to:<br><br>CHARLES C. PATTERSON,<br><br>v.<br><br>CAPITAL MANAGEMENT, L.P., and CAPITAL ONE BANK (USA), N.A. | Case No. 1:12-cv-01061 |
| JEFFREY T. COLLINS,<br><br>        Objector. | |

**OBJECTOR JEFFREY T. COLLINS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Objector Jeffrey T. Collins, through his counsel, hereby moves this Court for an extension of time to file Collins' Supplemental Brief in Support of Objection and in support thereof states:

1. On November 18, 2014, this Court ordered that Objector Collins file his supplemental brief on December 3, 2014. *See* Order, Dkt. 258.

2. On November 19, 2014, Objector Collins filed a Motion to Compel Discovery. *See* Motion to Compel, Dkt. 272. Judge Kim granted that motion in part on November 21, 2014. *See* Order, Dkt. 281. Objector Collins did not receive the remaining discovery until the afternoon of November 26, 2014. *See* Order, Dkt. 287.

3. Objector Collins requests only a two-day extension from December 3, 2014 to December 5, 2014.

4. No party opposes the two-day extension.

Wherefore, Objector Collins respectfully requests that the Court grant Objector Collins leave to file his Supplemental Brief in Support of Objection on December 5, 2014.


Dated: December 3, 2014.　　　　　　/s/ Melissa A. Holyoak
　　　　　　　　　　　　　　　　　　Melissa A. Holyoak, (DC Bar No. 487759)
　　　　　　　　　　　　　　　　　　CENTER FOR CLASS ACTION FAIRNESS
　　　　　　　　　　　　　　　　　　1718 M Street NW, No. 236
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Phone: (573) 823-5377
　　　　　　　　　　　　　　　　　　Email: melissaholyoak@gmail.com

　　　　　　　　　　　　　　　　　　*Attorneys for Objector Jeffrey T. Collins*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Motion via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Motion upon the following:

| | |
|---|---|
| Andre Verdun<br>Crowley Law Group<br>401 West "A" Street, Suite 925<br>San Diego, CA 92101<br><br>Chelsea Hamill<br>Doll Amir and Eley LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA 90067<br><br>Christy T. Nash<br>Burr & Forman LLP<br>Suite 3200<br>201 N. Franklin St.<br>Tampa, FL 33602<br><br>Darren Sharp<br>Armstrong Teasdale LLP<br>2345 Grand<br>Suite 2000<br>Kansas City, MO 64108<br><br>George C Bedell<br>Lash & Wilcox, PL<br>4401 W. Kennedy Blvd., Suite 210<br>Tampa, FL 33609 | Jeanne Lahiff<br>Sleemi Law Firm<br>2001 Route 46<br>Suite 310<br>Parsippany, NJ 07054<br><br>Kenneth Grace<br>Sessions Fishman Nathan & Israel LLC<br>3350 Buschwood Park Drive, Ste 195<br>Tampa, FL 33618-4317<br><br>Marjorie Bergiste<br>10352 Old Winston Ct<br>Lake Worth, FL 33449<br><br>Mitchell B. Levine<br>Fishman McIntyre P.C.<br>12th Floor<br>44 Wall Street<br>New York, NY 10005<br><br>Sarah Nicole Davis<br>Morrison & Foerster<br>425 Market St<br>SF, CA 94105<br><br>Devera R.D. Bartte<br>3440 SW 28th Terrace<br>Apt A<br>Gainesville FL 32608 |

Additionally, she caused to be mailed a courtesy copy of the foregoing via overnight courier to:

Hon. James F. Holderman
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
Room 2516A
219 South Dearborn Street
Chicago, IL 60604

Dated: December 3, 2014.                    /s/ Melissa A. Holyoak