Thankyou very much                                    pg 2 of 2

Sincerely,

Tony P. Horton
4376 Highway 45 South
Columbus, MS 39701

(662)-549-7859

Tony Horton
12/2/14

**FILED**
DEC 1 9 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CASE # 1:12-CV-10064
JUDGE Honorable James F. Holderman
CASE TITLE - Capital One Telephone Consumer
            Protection Act Litigation, et al.
                    V.
            Allied Interstate, LLC, et al

To whom it may concern, pg 1 of 2

I Tony Horton, Claimant notice id # 82630-40304-92931 am writing in regards to the capital one TCPA Class settlement case. I recently moved to a new address and the notice pertaining to the settlement was sent to my old address. When I finally received the notice on 12/2/14, it stated that the deadline to submit the claim was 11/26/14. I am registered in the records so I called the toll free number to see what could be done. I was advised to write Capital One and explain the situation. I have a few concerns and the first is the middle initial for my name that is on the notice is incorrect. It is written as Tony T. Horton and it is actually Tony P. Horton. Also, the notice was sent to my old addresses. first being sent to 3003 Monroe St. Bellwood, IL 60104, then forwarded to 1733 N. McVicker Ave. FL 1 Chicago, IL 60639. I would greatly appreciate if I could be contacted about this situation If you have any questions or concerns I can be contacted at my current telephone # 662-549-7859. My current address is 4376 Highway 45 South Columbus, MS 39701.