**OBJECTION:**

I object to the proposed settlement re Capital One Telephone Consumer Protection Act Litigation MDL NO. 2416 Master Docket NO. 1:12-cu-10064 (N.D.,ILL.).

My name is Pamela Sweeney, phone number-424-299-0832, I reside at 5730 Schumann Drive, Madison Wisc. 53711. I am a member of the class and respectfully ask the court to allow this late objection due to the fact that I received an email alerting me of the class action settlement sent by Capitol One on November 11th 2014, well after the objection deadline. I feel this was intentional and only want to be fairly considered. In order to protect the interests of the class I asked that I be allowed to object. The settlement allocates almost one third of the settlement to the attorneys at the expense of the class. Given the size of the class the court should intervene to protect the rights of all class members whether absent or not. Class counsel has a duty to fairly and accurately protect the interests of the class. Class counsel has a duty to fairly and accurately protect the interests of the class. Class counsel has neglected its fiduciary duties to the class by asking for a disproportionately large award. I object to the attorneys' fees.

Signed,

Pam Sweeney

*Pam Sweeney* 1/25/15