**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION, | )<br>)<br>)<br>) | Master Docket No. 12 C 10064<br>MDL No. 2416 |
| BRIDGETT AMADECK, et al.,<br><br>v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 12 C 10135 |
| NICHOLAS MARTIN, et al.,<br><br>v.<br><br>LEADING EDGE RECOVERY<br>SOLUTIONS, LLC, and CAPITAL ONE<br>BANK (USA), N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11 C 5886 |
| CHARLES C. PATTERSON,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES,<br>L.P. and CAPITAL ONE BANK (USA),<br>N.A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 12 C 1061 |

**ORDER PROVIDING TCPA CLASS ACTION SETTLEMENT DATA**

JAMES F. HOLDERMAN, District Judge:

As stated in the court's February 12, 2015 Memorandum Opinion and Order [329], the court provides in this separate order the TCPA class action settlement data filed by class counsel in *Wilkins* v. *HSBC Bank*, No. 14 C 190 (N.D. Ill.) (Dkt. No 109-1). The court used these data to perform the informal analysis of TCPA class action settlements contained in Section II.C.2.ii. of the court's Memorandum Opinion and Order.

ENTER:

*James F. Holderman*
JAMES F. HOLDERMAN
District Judge, United States District Court

Date: February 12, 2015

## Settlements in TCPA Class Actions Submitted to the Court by Counsel in *Wilkins* v. *HSBC Bank*, No. 14 C 190 (N.D. Ill.) (Dkt. No. 109-1)

| Case Name and Court Information | Total Settlement Recovery | Attorneys' Fee Award | Attorneys' Fee Ratio |
|---|---|---|---|
| | ----------------(Dollars)---------------- | | --(Percent)-- |
| (a) | (b) | (c) | (d) |
| Lo v. Oxnard European Motors, LLC et al., Case No. 3:11-cv-01009 (S.D. Cal.) | $ 49,100 | $ 12,275 | 25.0 % |
| Saf-T-Gard International v. Vanguard Energy Services, LLC, Case No. 1:12-cv-03671 (N.D. Ill.) | 59,500 | 19,635 | 33.0 |
| Heller v. HRB Tax Group, Inc., Case No. 4:11-cv-01121 (E.D. Mo.) | 91,150 | 31,717 | 34.8 |
| Martin v. TaxWorks, Inc., Case No. 1:12-cv-05485 (N.D. Ill.) | 225,000 | 74,993 | 33.3 |
| R. Rudnick & Co. v. G.F. Protection, Inc., et al., Case No. 1:08-cv-01856 (N.D. Ill.) | 265,000 | 79,500 | 30.0 |
| Able Home Health v. Oxygen Qualifying Servs., Inc., Case No. 3:09-cv-50128 (N.D. Ill.) | 270,000 | 81,000 | 30.0 |
| CE Design, Ltd. v. Exterior Sys., Inc., Case No. 1:07-cv-00066 (N.D. Ill.) | 315,334 | 105,110 | 33.3 |
| Sadowski v. Med1Online, Case No. 1:07-cv-02973 (N.D. Ill.) | 345,000 | 103,500 | 30.0 |
| Garret, et al. v. Sharps Compliance, Inc., Case No. 1:10-cv-04030 (N.D. Ill.) | 350,000 | 105,000 | 30.0 |
| Lindsay Transmission v. Office Depot, Inc., Case No. 4:12-cv-00221 (E.D. Mo.) | 381,150 | 125,780 | 33.0 |
| Holtzman v. CCH Inc., Case No. 1:07-cv-07033 (N.D. Ill.) | 397,000 | 132,333 | 33.3 |
| Garrett et al. v. Ragle Dental Laboratory, Inc., et al., Case No. 1:10-cv-01315 (N.D. Ill.) | 475,000 | 142,500 | 30.0 |
| Balbarin v. North Star Capital Acquisition, LLC, et al., Case No. 1:10-cv-01846 (N.D. Ill.) | 500,000 | 166,667 | 33.3 |
| Lemieux v. Global Credit & Collection Corp., Case No. 3:08-cv-01012 (S.D. Cal.) | 505,000 | 193,884 | 38.4 |
| Espinal v. Burger King Corp., et al., Case No. 1:09-cv-20982 (S.D. Fla.) | 510,000 | 170,000 | 33.3 |
| Fike v. The Bureaus, Inc., Case No. 1:09-cv-02558 (N.D. Ill.) | 800,000 | 200,000 | 25.0 |
| Sawyer v. Atlas Heating and Sheet Metal Works Inc., Case No. 2:10-cv-00331 (E.D. Wis.) | 900,000 | 315,000 | 35.0 |
| Bellows v. NCO Financial Systems, Inc., Case No. 3:07-cv-01413 (S.D. Cal.) | 950,000 | 299,254 | 31.5 |
| Meilleur v. AT&T Corp., Case No. 2:11-cv-01025 (W.D. Wash.) | 973,905 | 750,000 | 77.0 |
| Grannan v. Alliant Law Group, P.C., Case No. 5:10-cv-02803 (N.D. Cal.) | 1,000,000 | 250,000 | 25.0 |
| Brian J. Wanca, J.D., P.C. v. L.A. Fitness International, LLC, Case No. 11-cv-4311 (Cir. Ct. Lake County, Illinois) | 1,089,000 | 359,370 | 33.0 |

## Settlements in TCPA Class Actions Submitted to the Court by Counsel in *Wilkins* v. *HSBC Bank*, No. 14 C 190 (N.D. Ill.) (Dkt. No. 109-1)

| Case Name and Court Information | Total Settlement Recovery | Attorneys' Fee Award | Attorneys' Fee Ratio |
|---|---|---|---|
| | ------------------(Dollars)------------------ | | --(Percent)-- |
| (a) | (b) | (c) | (d) |
| Cain v. Consumer Portfolio Servs., Inc., Case No. 1:10-cv-02697 (N.D. Ill.) | 1,100,000 | 363,000 | 33.0 |
| Wilder Chiropractic, Inc. v. Pizza Hut of Southern Wisconsin, Inc., Case No. 3:10-cv-00229 (W.D. Wis.) | 1,296,000 | 432,000 | 33.3 |
| Bailey Brothers Plumbing, Heating and Air Conditioning, Inc. v. Papa's Leatherbarn LLC, Case No. 5:10-cv-00080 (W.D. Okla.) | 1,318,000 | 439,333 | 33.3 |
| Sarabi v. Weltman, Weinberg & Reis Co., Case No. 3:10-cv-01777 (S.D. Cal.) | 1,350,000 | 225,000 | 16.7 |
| Clearbrook v. RoofLifters, LLC, Case No. 1:08-cv-03276 (N.D. Ill.) | 1,400,000 | 420,000 | 30.0 |
| Targin Sign Sys., Inc. v. Preferred Chiropractic Ctr., Ltd., Case No. 1:09-cv-01399 (N.D. Ill.) | 1,551,000 | 517,000 | 33.3 |
| Cubbage v. The Talbots, Inc. et al., Case No. 2:09-cv-00911 (W.D. Wash.) | 1,570,000 | 400,000 | 25.5 |
| Avio, Inc. v. Creative Office Solutions, Inc., Case No. 2:10-cv-10622 (E.D. Mich.) | 1,587,000 | 529,000 | 33.3 |
| Locklear Elec., Inc. v. Norma L. Lay, Case No. 3:09-cv-00531 (S.D. Ill.) | 1,665,437 | 584,387 | 35.1 |
| Geismann, M.D., P.C. v. Allscripts Healthcare Solutions, Inc., Case No. 1:09-cv-05114 (N.D. Ill.) | 1,889,000 | 566,700 | 30.0 |
| Siding and Insulation Co. v. Beachwood Hair Clinic, Inc., Case No. 1:11-cv-01074 (N.D. Ohio) | 1,956,650 | 600,000 | 30.7 |
| Martin v. CCH, Inc., Case No. 1:10-cv-03494 (N.D. Ill.) | 2,000,000 | 600,000 | 30.0 |
| Paldo Sign and Display Company v. Topsail Sportswear, Case No. 1:08-cv-05959 (N.D. Ill.) | 2,000,000 | 666,667 | 33.3 |
| Wojcik v. Buffalo Bills, Inc., Case No. 8:12-cv-02414 (M.D. Fla.) | 2,487,745 | 562,500 | 22.6 |
| The Savanna Group, Inc. et al v. Trynex, Inc., Case No. 1:10-cv-07995 (N.D. Ill.) | 2,550,000 | 850,000 | 33.3 |
| G.M. Sign, Inc. v. Finish Thompson, Inc., Case No. 1:07-cv-05953 (N.D. Ill.) | 3,000,000 | 1,000,000 | 33.3 |
| Saf-T-Gard Int'l v. Seiko Corp. of Am., Case No. 1:09-cv-00776 (N.D. Ill.) | 3,500,000 | 1,155,000 | 33.0 |
| CE Design Ltd. v. Cy's Crab House North, Inc., Case No. 1:07-cv-05456 (N.D. Ill.) | 3,647,500 | 1,215,833 | 33.3 |
| Clark v. Payless ShoeSource, Inc., Case No. 2:09-cv-00915 (W.D. Wash.) | 3,809,988 | 301,834 | 7.9 |
| Hanley v. Fifth Third Bank, Case No. 1:12-cv-01612 (N.D. Ill.) | 4,500,000 | 1,500,000 | 33.3 |
| Hovila v. Tween Brands, Inc. Case No. 2:09-cv-00491 (W.D. Wash.) | 4,500,000 | 750,000 | 16.7 |

## Settlements in TCPA Class Actions Submitted to the Court by Counsel in *Wilkins* v. *HSBC Bank*, No. 14 C 190 (N.D. Ill.) (Dkt. No. 109-1)

| Case Name and Court Information | Total Settlement Recovery | Attorneys' Fee Award | Attorneys' Fee Ratio |
|---|---|---|---|
| | ----------------(Dollars)---------------- | | --(Percent)-- |
| (a) | (b) | (c) | (d) |
| Chesbro v. Best Buys Stores, L.P., Case No. 2:10-cv-00774 (W.D. Wash.) | 4,550,000 | 1,137,500 | 25.0 |
| Saf-T-Gard v. Transworld Systems, Case No. 1:10-cv-07671 (N.D. Ill.) | 5,356,800 | 240,000 | 4.5 |
| Palmer v. Sprint Solutions, Inc., Case No. 2:09-cv-01211 (W.D. Wash.) | 5,500,000 | 1,540,000 | 28.0 |
| Hinman v. M and M Rental Center, Inc., Case No. 1:06-cv-01156 (N.D. Ill.) | 5,817,150 | 1,939,050 | 33.3 |
| Miller v. Red Bull North America, Inc., Case No. 1:12-cv-04961 (N.D. Ill.) | 6,000,000 | 1,275,000 | 21.3 |
| Pimental v. Google, Inc., Case No. 4:11-cv-02585 (N.D. Cal.) | 6,000,000 | 1,500,000 | 25.0 |
| Sandusky Wellness Center, LLC v. Heel, Inc., Case No. 3:12-cv-01470 (N.D. Ohio) | 6,000,000 | 2,000,000 | 33.3 |
| Weinstein v. Airit2me, Inc., et al., Case No. 1:06-cv-00484 (N.D. Ill.) | 7,000,000 | 1,625,000 | 23.2 |
| Martin v. Dun & Bradstreet, Inc., Case No. 1:12-cv-00215 (N.D. Ill.) | 7,500,000 | 1,666,666 | 22.2 |
| Woodman, et al. v. ADT Dealer Servs. et al., Case No. 2013-CH-10169 (Cir. Ct. Cook County, Illinois) | 7,500,000 | 1,875,000 | 25.0 |
| Gutierrez, et al. v. Barclays Group, et al., Case No. 3:10-cv-01012 (S.D. Cal.) | 8,184,875 | 1,574,000 | 19.2 |
| Steinfeld, et al. v. Discover Financial Services, et al., Case No. 3:12-cv-01118 (N.D. Cal.) | 8,700,000 | 2,175,000 | 25.0 |
| Adams v. AllianceOne Receivables Management, Inc., Case No. 3:08-cv-00248 (S.D. Cal.) | 9,000,000 | 2,700,000 | 30.0 |
| Cummings v. Sallie Mae, Inc., Case No. 1:12-cv-09984 (N.D. Ill.) | 9,250,000 | 3,052,500 | 33.0 |
| Spillman v. RPM Pizza, LLC, Case No. 3:10-cv-00349 (M.D. La.) | 9,750,000 | 2,535,000 | 26.0 |
| Robles v. Lucky Brand Dungarees, et al., Case No. 3:10-cv-04846 (N.D. Cal.) | 9,900,000 | 2,400,000 | 24.2 |
| Ellison v. Steve Madden, Ltd., Case No. 2:11-cv-05935 (C.D. Cal.) | 10,000,000 | 1,250,000 | 12.5 |
| Kazemi v. Payless ShoeSource, Inc. et al., Case No. 3:09-cv-05142 (N.D. Cal.) | 10,000,000 | 1,250,000 | 12.5 |
| Satterfield v. Simon & Schuster, Case No. 4:06-cv-02893 (N.D. Cal.) | 10,000,000 | 2,500,000 | 25.0 |
| Kramer v. Autobytel, Inc., et al., Case No. 4:10-cv-02722 (N.D. Cal.) | 12,200,000 | 3,050,000 | 25.0 |
| Desai v. ADT Security Systems, Case No. 1:11-cv-01925 (N.D. Ill.) | 15,000,000 | 5,000,000 | 33.3 |

## Settlements in TCPA Class Actions Submitted to the Court by Counsel in *Wilkins* v. *HSBC Bank*, No. 14 C 190 (N.D. Ill.) (Dkt. No. 109-1)

| Case Name and Court Information | Total Settlement Recovery | Attorneys' Fee Award | Attorneys' Fee Ratio |
|---|---|---|---|
| | ------(Dollars)------ | | --(Percent)-- |
| (a) | (b) | (c) | (d) |
| Addison Automatics, Inc. v. Precision Electronic Class, Inc., et al., Case No. 1:10-cv-06903 (N.D. Ill.) | 15,878,500 | 5,292,833 | 33.3 |
| Lockett v. Mogreet, Inc., Case No. 2013-CH-21352 (Cir. Ct. Cook County, Illinois) | 16,000,000 | 2,850,000 | 17.8 |
| Lozano v. Twentieth Century Fox, Case No. 1:09-cv-06344 (N.D. Ill.) | 16,000,000 | 3,750,000 | 23.4 |
| Agne v. Papa John's International, et al., Case No. 2:10-cv-01139 (W.D. Wash.) | 16,585,000 | 2,450,000 | 14.8 |
| Malta v. Freddie Mac & Wells Fargo Home Mortgage, Case No. 3:10-cv-01290 (S.D. Cal.) | 17,100,000 | 3,847,500 | 22.5 |
| Rojas v. Career Education Center, Case No. 1:10-cv-05260 (N.D. Ill.) | 19,999,400 | 3,500,000 | 17.5 |
| Arthur, et al. v. Sallie Mae, Inc., Case No. 2:10-cv-00198 (W.D. Wash.) | 24,150,000 | 4,830,000 | 20.0 |
| Kwan v. Clearwire Corp., Case No. 2:09-cv-01392 (W.D. Wash.) | 29,300,000 | 2,900,000 | 9.9 |
| In re Jiffy Lube International, Inc. Text Spam Litig., Case No. 3:11-MD-02261 (S.D. Cal.) | 39,883,585 | 4,750,000 | 11.9 |