# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

NICHOLAS MARTIN, et al.,

Plaintiff(s),

v.

Case No.  11 C 5886
Judge James F. Holderman

LEADING EDGE RECOVERY SOLUTIONS,
LLC, and CAPITAL ONE BANK (USA), N.A..,

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

       which ☐ includes      pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: as stated in the court's Final Order of Dismissal and Final Judgment (MDL Dkt. No 336).

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge James F. Holderman on a motion for final approval of the class action settlement.


Date:  2/23/2015                     Thomas G. Bruton, Clerk of Court

                                      Maria G. Hernandez, Deputy Clerk