**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRIDGETT AMADECK, et al., | |
| Plaintiff(s), | |
| v. | Case No. 12 C 10135<br>Judge James F. Holderman |
| CAPITAL ONE FINANCIAL CORPORATION, and CAPITAL ONE BANK (USA), N.A., | |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: as stated in the court's Final Order of Dismissal and Final Judgment (MDL Dkt. No 336).

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge James F. Holderman on a motion for final approval of the class action settlement.

Date: 2/23/2015                              Thomas G. Bruton, Clerk of Court

                                             Maria G. Hernandez, Deputy Clerk