**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

CHARLES C. PATTERSON,

Plaintiff(s),

v.

CAPITAL MANAGEMENT SERVICES, L.P. and
CAPITAL ONE BANK (USA), N.A.,

Defendant(s).

Case No. 12 C 1061
Judge James F. Holderman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

   which ☐ includes      pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: as stated in the court's Final Order of Dismissal and Final Judgment (MDL Dkt. No 336).

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge James F. Holderman on a motion for final approval of the class action settlement.

Date: 2/23/2015                                Thomas G. Bruton, Clerk of Court

                                               Maria G. Hernandez, Deputy Clerk