# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE** ) | **Master Docket No. 1:12-cv-10064** |
| **CAPITAL ONE TELEPHONE** ) | **MDL No. 2416** |
| **CONSUMER PROTECTION** ) | |
| **ACT LITIGATION** ) | |
| ) | |
| **This document relates to:** ) | |
| ) | |
| **BRIDGETT AMADECK, et al.,** ) | **Case No. 1:12-cv-10135** |
| ) | |
| v. ) | |
| ) | |
| **CAPITAL ONE FINANCIAL** ) | |
| **CORPORATION, and CAPITAL ONE** ) | |
| **BANK (U.S.A.), N.A.** ) | |
| ) | |
| **This document relates to:** ) | |
| ) | |
| **NICHOLAS MARTIN, et al.,** ) | **Case No. 1:11-cv-05886** |
| ) | |
| v. ) | |
| ) | |
| **LEADING EDGE RECOVERY** ) | |
| **SOLUTIONS, LLC, and CAPITAL** ) | |
| **ONE BANK (U.S.A.), N.A.** ) | |
| ) | |
| **This document relates to:** ) | |
| ) | |
| **NICHOLAS MARTIN, et al.,** ) | **Case No. 1:12-cv-01061** |
| ) | |
| v. ) | |
| ) | |
| **LEADING EDGE RECOVERY** ) | |
| **SOLUTIONS, LLC, and CAPITAL** ) | |
| **ONE BANK (U.S.A.), N.A.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Antonia Carrasco appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum and Order Granting Final Approval To Class Action Settlement and Approval of Attorneys' Fees (Dkt. #329) entered in this action on or about February 12, 2015 and Final Order of Dismissal and Final Judgment (Dkt. #336) entered in this action on or about February 23, 2015. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal. .

DATED: February 27, 2015

Respectfully submitted,

/s/Peter F. Higgins
Peter F. Higgins
Lipkin & Higgins
222 North LaSalle, Suite 2100
Chicago, Illinois 60601
Telephone: (312) 857-1710
Facsimile: (312) 857-1711
Email: phiggins@lipkinhiggins.com

Attorneys for Objector/Class Member

## Certificate of Service

The undersigned certifies that today he filed the foregoing objection and associated declarations on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal and associated exhibits upon the following.

DATED: February 27, 2015

Terrell Marshall Daudt & Willie, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Aaron D. Van Oort
Eileen M. Hunter
Erin L. Hoffman
FAEGRE BAKER DANIELS
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

James K. Shultz
SESSIONS, FISHMAN, NATHAN & ISRAEL LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603-5130

Alan I. Greene
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601

                                            /s/Peter F. Higgins
                                            Peter F. Higgins