# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 27, 2015

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-1400
>
> Caption:
> IN RE: CAPITAL ONE TELEPHONE PROTECTION ACT LITIGATION
>
> APPEAL OF: ANTONIA CARRASCO, Objector

> District Court No: 1:12-cv-10064
> District Judge James F. Holderman
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 02/27/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)