AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| In Re Capital One Telephone Consumer Protection | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-cv-10064 |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mary Smith Tweed aka Mary M. Smith

Date: 03/06/2015

/s/ Joseph Darrell Palmer
*Attorney's signature*

Joseph Darrell Palmer
*Printed name and bar number*

Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
*Address*

darrell.palmer@palmerlegalteam.com
*E-mail address*

(858) 215-4064
*Telephone number*

(866) 583-8115
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objector