**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE ) | |
| CAPITAL ONE TELEPHONE ) | Master Docket No. 1:12-cv-10064 |
| CONSUMER PROTECTION ACT ) | MDL No. 2416 |
| LITIGATION ) | |
| _____ ) | |
| ) | |
| This document relates to: ) | Case No: 1:12-cv-10135 |
| BRIDGETT AMADECK, et al., ) | |
| v. ) | |
| CAPITAL ONE FINANCIAL ) | |
| CORPORATION, and CAPITAL ONE ) | |
| BANK (USA), N.A. ) | |
| _____ ) | |
| ) | |
| This document relates to: ) | Case No: 1:11-cv-05886 |
| NICHOLAS MARTIN, et al., ) | |
| v. ) | |
| LEADING EDGE RECOVERY ) | |
| SOLUTIONS, LLC, and CAPITAL ONE ) | |
| BANK (USA), N.A. ) | |
| _____ ) | |
| ) | |
| This document relates to: ) | Case No: 1:12-cv-01061 |
| CHARLES C. PATTERSON, ) | |
| v. ) | |
| CAPITAL MANAGEMENT ) | |
| SERVICES, L.P. and CAPITAL ONE ) | |
| BANK (USA), N.A. ) | |
| _____ ) | |

**NOTICE OF APPEAL OF VANESSA FV VANWIEREN AND MARY SMITH**

**TWEED (AKA MARY M. SMITH)**

      Notice is hereby given that Objectors Vanessa FV VanWieren and Mary Smith Tweed (aka Mary M. Smith) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Docket No. 329), entered in this action on February 12, 2015, and Final Order of Dismissal and Final Judgment (Docket No. 336) entered in this action on the February 23, 2015.

Dated: March 6, 2015          By: /s/ Joseph Darrell Palmer_____
                                                   Joseph Darrell Palmer
                                                   Law Offices of Darrell Palmer PC
                                                   2244 Faraday Avenue, Suite 121
                                                   Carlsbad, CA 92008
                                                   Phone: 858-215-4064
                                                   Fax: 866-583-8115
                                                   Email: Darrell.palmer@palmerlegalteam.com

                                                   Attorney for Objectors Vanessa FV VanWieren and
                                                   Mary Smith Tweed (aka Mary M. Smith)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

                                                   /s/ Joseph Darrell Palmer_____
                                                   Joseph Darrell Palmer
                                                   Attorney for Objectors