# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT ) | |
| LITIGATION ) | |
| _____ ) | _____ |
| ) | Case No: 1:12-cv-10135 |
| This document relates to: ) | |
| ) | |
| BRIDGET AMADECK, et al., ) | |
| v. ) | |
| CAPITAL ONE FINANCIAL ) | |
| CORPORATION, and CAPITAL ONE ) | |
| BANK (USA), N.A. ) | |
| _____ ) | _____ |
| This document relates to: ) | Case No: 1:11-cv-05886 |
| ) | |
| NICHOLAS MARTIN, et al., ) | |
| v. ) | |
| LEADING EDGE RECOVERY ) | |
| SOLUTIONS, LLC, and CAPITAL ) | |
| ONEBANK (USA), N.A. ) | |
| _____ ) | _____ |
| This document relates to: ) | Case No: 1:12-cv-01061 |
| ) | |
| CHARLES C. PATTERSON, ) | |
| v. ) | |
| CAPITAL MANAGEMENT ) | |
| SERVICES, L.P. and CAPITAL ONE BANK ) | |
| (USA), N.A. ) | |
| _____) | |

## NOTICE OF APPEAL

TO ALL PARTIES AND ATTORNEYS OF RECORD:

     Please take notice Objector Stephen Kron appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum and Order Granting Final Approval to Class Action Settlement and Approval of Attorneys' Fees [DE 329] entered in this action on February

1

12, 2015 and Final Order of Dismissal and Final Judgment [DE 336] entered in this action on February 23, 2015.

                                                SEGAL MC CAMBRIDGE
                                                SINGER & MAHONEY, LTD.

Dated: March 10, 2015          By: /s/ Robert McLaughlin
                                                ROBERT MCLAUGHLIN(ARDC#6272701)
                                                rmclaughlin@smsm.com
                                                Segal McCambridge Singer & Mahoney, Ltd.
                                                233 S. Wacker Drive
                                                Willis Tower
                                                Suite 5500
                                                Chicago, Illinois 60606
                                                Tel:   (312) 645-7800
                                                Fax:   (312) 645-7711

                                                *Attorney for Objector Stephen Kron*

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the March 10, 2015 and served by the same means on all counsel of record.

                                                /s/ Robert McLaughlin