UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Master Docket No.1:12-cv-10064 |
| CAPITAL ONE TELEPHONE | ) | MDL No. 2416 |
| CONSUMER PROTECTION | ) | |
| ACT LITIGATION | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| BRIDGETT AMADECK, et al., | ) | Case No. 1:12-cv-10135 |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE FINANCIAL | ) | |
| CORPORATION, and CAPITAL | ) | |
| ONE BANK (U.S.A.), N.A. | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| NICHOLAS MARTIN, et al., | ) | Case No. 1:11-cv-05886 |
| | ) | |
| v. | ) | |
| | ) | |
| LEADING EDGE RECOVERY | ) | |
| SOLUTIONS, LLC, and CAPITAL | ) | |
| ONE BANK (U.S.A.)1 N.A. | ) | |
| This document relates to: | ) | |
| NICHOLAS MARTIN, et al., | ) | Case No. 1:12-cv-01061 |
| | ) | |
| v. | ) | |
| | ) | |
| LEADING EDGE RECOVERY | ) | |
| SOLUTIONS, LLC, and CAPITAL | ) | |
| ONE BANK (U.S.A.), N.A. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Devera Bartte appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum and Order Granting Final Approval to Class Action Settlement and Approval of Attorneys' Fees (Dkt. #329) entered in this action on or about February 12, 2015 and Final Order of Dismissal and Final Judgment (Dkt. #336) entered in this action on or about February 23, 2015. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Respectfully submitted,

/e/Thomas Cronin
Thomas Cronin
161 North Clark Street
Suite 2550
Chicago, IL 60601
Telephone: (312) 201-7100
Facsimile: (312) 201-7101
tcc@cronincoltd.com

Attorneys for Objector/Class Member

Certificate of Service

    The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Terrell Marshall Daudt & Willie, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

Telephone: (206) 816-6603

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Aaron D. Van Oort
Eileen M. Hunter
Erin L. Hoffinan
FAEGREBAKERDANIELS
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

James K. Shultz
SESSIONS, FISHMAN, NATHAN & ISRAEL LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603-5130

Alan I. Greene
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601

DATED: March 23, 2015

                                                         /e/Thomas Cronin
                                                         Thomas Cronin