IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| CAPITAL ONE TELEPHONE ) | Master Docket No. 1:12-cv-10064 |
| CONSUMER PROTECTION ACT ) | MDL No. 2416 |
| LITIGATION ) | |
| ) | |
| This document relates to: ALL CASES ) | |

**CAPITAL ONE'S STATUS REPORT**

Capital One provides this Status Report in advance of the status hearing set for April 2, 2015, at 11 a.m., in the above-referenced action. This Report updates the Status Reports Capital One submitted on June 18, 2014, (Dkt. 126), July 28, 2014 (Dkt. 133), September 2, 2014 (Dkt. 147), September 24, 2014 (Dkt. 166), November 12, 2014 (Dkt. 245), December 8, 2014 (Dkt. 296) and January 14, 2015 (Dkt. 316), as well as the Joint Status Report submitted by Capital One and Plaintiffs Jessica Vadella and Lisa Kemmerer on September 19, 2014 (Dkt. 158).

For the Court's reference, at the end of this Report is an updated chart listing each of the 87 cases that have been transferred by the Judicial Panel on Multidistrict Litigation to MDL No. 2416 or have been transferred within the Northern District of Illinois as related to MDL No. 2416. For each case, the chart lists the case name, the Northern District of Illinois case number, the current status of the case, and the originally assigned district and magistrate judges, if any. The current status of each case is listed as active, terminated (cases that have been dismissed), or settled (cases in which the parties have reached an agreement and are working to finalize settlement and dismissal).

Three cases of the 87 transferred cases are putative class actions:

- *Amadeck, et al. v. Capital One Financial Corp., et al.*, N.D. Ill. Case No. 1:12-cv-10135;
- *Martin, et al. v. Leading Edge Recovery Solutions, LLC, et al.*, N.D. Ill. Case No. 1:11-cv-05886; and
- *Patterson v. Capital Mgmt. Servs., LP, et al.*, N.D. Ill. Case. No. 1:12-cv-01061.

As the Court is aware, the Final Approval Order approving the class settlement is now on appeal. Of the remaining 84 cases brought by individuals or bankruptcy trustees, 51 have settled and been dismissed, 5 have settled in principle, and 28 remain active.

**Capital One's Proposed Individual Case Discovery Plan**

Capital One provides this individual-case discovery plan to the Court in advance of the status conference scheduled for April 2, 2015. As the Court is aware, the Final Approval Order in the class settlement has been appealed by several objectors. The Seventh Circuit has

consolidated all of the appeals for briefing and disposition, with opening briefs due May 4, 2015, responsive briefs due June 3, 2015, and reply briefs due June 17, 2015. Based on this schedule, the appeals will likely be argued in the fall of 2015 and resolved sometime in the fall or winter of 2015-16.

Significant discovery has been completed in the individual cases, as summarized below:

- **Document Production:** Capital One has been producing all relevant account records to each individual plaintiff within 45 days of each case being transferred to this Court.

- **Written Discovery:** Capital One responded to the individual plaintiffs' Master Discovery requests twice, amending as them as new cases have been transferred to this Court. Capital One last amended the Master Discovery requests on September 19, 2014. Capital One plans to work in good faith with counsel for any cases transferred to this Court since that date to provide amended responses.

- **"Common Topics" 30(b)(6) Deposition:** The individual plaintiffs took a "common topics" 30(b)(6) deposition of Capital One's corporate representative on January 23, 2015, in Richmond, Virginia. The deposition was limited to topics that are common to all individual plaintiffs. Counsel for the individual plaintiffs reviewed and agreed on the topics before the deposition took place. The deposition was taken by Mark Lavery, who represented Plaintiff Mule. (After the deposition, Mr. Mule settled his claims with Capital One in February 2015, and a stipulation of dismissal was filed on March 30, 2015.)

- **Exemplar "Individual Fact" 30(b)(6) Deposition:** On January 23, 2015, Mr. Lavery also took a 30(b)(6) deposition of Capital One's corporate representative that focused solely on the facts related to Plaintiff Mule's claims

Capital One respectfully proposes the following discovery plan to allow all individual discovery to be completed during the pendency of the appeal of the Final Approval Order.

- Order the following discovery to be completed between May 1, 2015, and October 15, 2015:
    - **Responsive Pleadings:** Capital One will file and serve responsive pleadings in all cases by June 12, 2015, or 30 days after a case is transferred to this Court, whichever is later. Capital One will be allowed to expressly reserve the right to move for judgment on the pleadings under Rule 12(c) after the stay on dispositive motion practice has been lifted.
    - **Document Production:** Capital One will produce all relevant account records to individual plaintiffs, within 45 days of transfer, as new cases are transferred to this Court.
    - **Written Discovery:** Capital One will work in good faith with counsel for any cases transferred to this Court since September 19, 2014, to provide amended responses to the individual plaintiffs' Master Discovery Requests. Individual plaintiffs will have 60 days from the receipt of the amended Master Discovery

> responses to bring a motion to compel to the extent any individual plaintiff believes the responses are deficient.
>
> o **"Common Topics" 30(b)(6) Deposition of Capital One:** The court reporter will make a transcript and video recording of the "common topics" 30(b)(6) deposition available to counsel for any party who requests it.
>
> o **"Individual Fact" 30(b)(6) Depositions of Capital One:** All individual fact 30(b)(6) depositions of Capital One will (a) take place between May 1, 2015, and October 1, 2015; (b) be scheduled in groups of six (three per day over two consecutive days) in a centrally-located place (or places) in the U.S. to be determined after the parties learn which individual plaintiffs would like to take such depositions; and (c) will last no longer than 2.5 hours.
>
>> o Capital One suggests that the Court order all individual plaintiffs to indicate to Capital One by April 15, 2015, whether they wish to take a 30(b)(6) deposition of Capital One regarding their individual facts and, if so, state (a) whether they would like to take the deposition by telephone or in person; and (b) for in-person depositions, their preferred location. Capital One will aggregate the requests and propose a centrally-located city (or cities) and dates for the depositions. To the extent Capital One cannot reach agreement regarding the dates and locations for the depositions with any individual plaintiffs by May 1, 2015, Capital One suggests that the Court set a deadline of May 15, 2015, for the parties to seek the assistance of the Court.
>
> o **Depositions of Individual Plaintiffs:** Capital One will notify any individual plaintiffs of its intent to take that plaintiff's deposition by July 1, 2015, or within 45 days of a case being transferred to this Court, whichever is later. Capital One will take the deposition in the city where the individual plaintiff resides or the district in which the case was originally filed, provided that counsel for individual plaintiffs who reside in the same city will cooperate to allow those depositions to be scheduled on consecutive days.
>
> o **Written Discovery to Individual Plaintiffs:** Capital One will have until July 1, 2015, or 45 days after a case has been transferred to this Court, whichever is later, to serve written discovery on individual plaintiffs.

- Set a **Non-Dispositive Motion Deadline** of October 15, 2015.

- Order that all **Dispositive Motions** will be stayed until the appeal of the Final Approval Order is resolved;

- Order that **Individual Plaintiffs Who Failed To Opt Out** of the class settlement and whose calls fall within the class period (and thus fall within the class settlement) may not engage in any discovery until the appeal is resolved, at which time Capital One may move to dismiss on the basis of the class settlement's release. The affected individual plaintiffs will then have the opportunity to assert why they are not bound by the settlement. If an individual plaintiff who failed to opt out obtains an order from this Court showing that he or she is not bound by the settlement, he or she may then pursue discovery.

US.56017291.03

- Schedule **Status Conferences** to address the progress of individual discovery where the parties may appear in person or by telephone for June 11, August 13, and October 8, 2015. A status conference to set a dispositive motion deadline will be held within 30 days of the entry of final judgment in the appeal of the class settlement.

| Case Name | N.D. Ill. Case No. | Status | Original Jurisdiction | Originally Assigned District Judge | Originally Assigned Magistrate Judge |
|---|---|---|---|---|---|
| Raymond Alvandi v. Capital One Bank (USA), N.A.; and DOES 1-10, inclusive. | 1:13-cv-03607 | Terminated | U.S. District Court, Central District of California | N/A | The Honorable Jay C. Gandhi |
| Bridgett Amadeck, Felix N. Hansen, and Albert H. Kirby individually and as class representatives for National and Washington State Classes of similarly situated individuals v. Capital One Financial Corporation and Capital One Bank (USA), N.A. | 1:12-cv-10135 | Terminated | U.S. District Court, Western District of Washington | The Honorable Robert S. Lasnik | N/A |
| John Baker v. Capital One Bank | 1:14-cv-05924 | Active | U.S. District Court, Northern District of Illinois | The Honorable John J. Tharp Jr. | The Honorable Sheila M. Finnegan |
| Tara Baker v. Capital One Bank, N.A., Defendant | 1:14-cv-08315 | Active | U.S. District Court, Eastern District of California | The Honorable John A. Mendez | The Honorable Dale A. Drozd |
| Phillip Baltazar v. Capital One Bank (USA) N.A., Capital One Services, LLC; Hunt & Henriques; The Moore Law Group, APC; and ARS National Services, Inc. | 1:12-cv-10137 | Terminated | U.S. District Court, Central District of California | The Honorable Andrew J. Guilford | The Honorable Arthur Nakazato |
| Michael and Margie Beeson v. Capital One Bank USA., N.A. and DOES 1 through 10, inclusive | 1:13-cv-04246 | Terminated | U.S. District Court, Southern District of California | The Honorable Janis L. Sammartino | The Honorable David H. Bartick |
| Marjorie Bergiste v. Capital One Bank (USA), N.A.; Rubin & Debski, P.A.; and Arthur Drew Rubin. | 1:14-cv-02594 | Terminated | U.S. District Court, Southern District of Florida | The Honorable James I. Cohn | The Honorable Barry S. Seltzer |
| Edith Ann Bernstein v. Capital One Bank (USA), N.A., erroneously sued as Capital One, National Association | 1:15-cv-00357 | Active | U.S. District Court, Central District of California | The Honorable John F. Walter | The Honorable Suzanne H. Segal |
| Cynthia Biletnikoff v. Capital One Bank (USA), N.A. | 1:12-cv-10138 | Terminated | U.S. District Court, Eastern District of California | The Honorable Lawrence J. O'Neill | The Honorable Sheila K. Oberto |
| Dennis and Deborah Bonner, v. Capital One Bank USA N.A., et al. | 1:14-cv-08318 | Active | U.S District Court, Eastern District of Pennsylvania | The Honorable Edward G. Smith | N/A |
| Felicia Bonser v. Capital One Bank (USA), N.A., erroneously sued as Capital One Bank, N.A. | 1:15-cv-00374 | Active | U.S. District Court, Western District of Washington | The Honorable Richard A. Jones | N/A |
| (In re: Thomas J. Carollo and Stacey L. Carollo, Debtors.) V. John Brook, as Chapter 7 Trustee of the estate of Thomas J. Carollo and Stacey L. Carollo v. Capital One Bank (USA), N.A. | 1:12-cv-10117 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| Brittani Clay v. Capital One Bank | 1:15-cv-01325 | Active | U.S. District Court, Eastern District of Michigan | The Honorable Sean F. Cox | The Honorable Michael J. Hluchaniuk |
| Eddie Collier v. Capital One, Inc. and Does 1 through 10, inclusive | 1:14-cv-07675 | Terminated | U.S. District Court, Central District of California | The Honorable George H. Wu | The Honorable Alicia G. Rosenberg |
| (In re: Mark P. Counihan and Susan H. Counihan, Debtors.) V. John Brook, as Chapter 7 Trustee of the estate of Mark P. Counihan and Susan H. Counihan v. Capital One Bank (USA), N.A. | 1:12-cv-10140 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| Jill Angela Coy v. Capital One Bank (USA), N.A. | 1:12-cv-10131 | Terminated | U.S. District Court, Southern District of Iowa | The Honorable Harold D. Vietor | The Honorable Celeste F. Bremer |
| Hannah Craver v. Capital One Bank (USA) N.A., Defendant. | 1:14-cv-08712 | Active | U.S. District Court, District of Colorado | The Honorable Marcia S. Krieger | N/A |
| Starr Cullars v. Capital One Bank, N.A. | 1:15-cv-00569 | Active | U.S. District Court, Southern District of California | The Honorable Thomas J. Whelan | The Honorable Bernard G. Skomal |
| (In re: Cynthia N. Darin, Debtor.) V. John Brook, the Chapter 7 Trustee of the bankruptcy estate of Cynthia N. Darin v. Capital One Bank (USA), N.A. | 1:12-cv-10119 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| (In re: Mark Allen Daunce, Debtor.) V. John Brook, as Chapter 7 Trustee of the Estate of Mark Allen Daunce v. Capital One Bank (USA), N.A. | 1:12-cv-10124 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Trenace Davis v. Capital One Bank (USA) N.A. | 1:13-cv-03510 | Terminated | U.S. District Court, Northern District of Georgia | The Honorable Julie E. Carnes | N/A |
| (In re: Tawfek Dawhajre, a/k/a Tawfek Dawhajre Maldonado, Debtor.) Angela Welch Esposito, as Chapter 7 Trustee of the estate of Tawfek Dawhajre a/k/a Tawfek Dawhajre Maldonado v. Capital One Bank (USA), N.A. | 1:12-cv-10114 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| (In re: Eunice Dixon) Angela W. Esposito, as Chapter 7 Trustee of the estate of Eunice Dixon v. Capital One Bank (USA), N.A. | 1:12-cv-10122 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| (In re: Deanna Marie Dorcak, Debtor.) Angela W. Esposito, as Chapter 7 Trustee of the estate of Deanna Marie Dorcak v. Capital One Bank (USA), N.A. | 1:12-cv-10111 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Charles Eicher v. Capital One, National Association | 1:15-cv-01978 | Settled | U.S. District Court, Central District of California | The Honorable Virginia A. Phillips | The Honorable David T. Bristow |
| Sandra Erskine v. Capital One Bank (USA) N.A. | 1:13-cv-08785 | Terminated | U.S. District Court, Eastern District of Michigan | The Honorable Terrence G. Berg | The Honorable Michael J. Hluchaniuk |

| Case Name | N.D. Ill. Case No. | Status | Original Jurisdiction | Originally Assigned District Judge | Originally Assigned Magistrate Judge |
|---|---|---|---|---|---|
| (In re: Brenda L. Ervin, Debtor.) Larry S. Hyman, as Chapter 7 Trustee of the estate of Brenda L. Ervin v. Capital One Bank (USA), N.A. | 1:12-cv-10116 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Michael G. Williamson | N/A |
| Sonja Fabbri v. Capital One Bank, N.A. | 1:14cv-09184 | Active | U.S. District Court, Northern District of California | N/A | The Honorable Joseph C. Spero |
| Jamie Fallesan v. Capital One, N.A. | 1:15-cv-00568 | Active | U.S. District Court, Central District of California | The Honorable Jesus G. Bernal | The Honorable Kenly Kiya Kato |
| Matthew Fallesen v. Capital One, N.A. | 1:14-cv-02381 | Active | U.S. District Court, Central District of California | The Honorable Virginia A. Phillips | The Honorable David T. Bristow |
| Keith Frosland v. Capital One Bank (USA) N.A., DOES 1-10 inclusive | 1:14-cv-00547 | Terminated | U.S. District Court, Western District of Michigan | The Honorable R. Allan Edgar | N/A |
| Richard Gentile v. Capital One Financial Corporation, d/b/a Capital One | 1:14-cv-06593 | Active | U.S. District Court, Middle District of Florida | The Honorable Steven D. Merryday | The Honorable Mark A Pizzo |
| (In re: Martin G. Giddens and Kelley D. Giddens, Debtors.) Angela W. Esposito, as Chapter 7 Trustee of the estate of Martin G. Giddens and Kelley D. Giddens v. Capital One Bank (USA), N.A. | 1:12-cv-10126 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| (In re: William D. Grant, Debtor.) Beth Ann Scharrer, as Chapter 7 Trustee of the estate of William D. Grant v. Capital One Bank (USA), N.A. | 1:12-cv-10108 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Stephen L. Meininger, as Chapter 7 Trustee of the estate of Kathleen Star Green v. Capital One Bank (USA), N.A. | 1:12-cv-10127 | Terminated | U.S. District Court, Middle District of Florida | The Honorable Elizabeth A. Kovachevich | The Honorable Thomas B. McCoun III |
| Charles Haines v. Capital One Bank (USA), N.A. | 1:12-cv-10144 | Terminated | U.S. District Court, Western District of Tennessee | The Honorable John T. Fowlkes, Jr. | The Honorable Tu M. Pham |
| Roberta Harper v. Capital One Financial Corporation, d/b/a Capital One, a Delaware Corporation | 1:14-cv-08797 | Active | U.S. District Court, Northern District of California | N/A | The Honorable Nandor J. Vadas |
| Aimee Hartman v. Capital One Services, LLC | 1:13-cv-02117 | Terminated | U.S. District Court, Middle District of Florida | The Honorable Mary S. Scriven | The Honorable Mark A. Pizzo |
| (In Re: Michael Wayne Hirst and Tanya Renee Hirst, Debtors.) Stephen L. Meininger, the Chapter 7 Trustee of the estate of Michael Wayne Hirst and Tanya Renee Hirst v. Capital One Bank (USA), N.A. | 1:12-cv-10120 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Lashonda Howard v. Capital One Bank (USA), N.A. | 1:14-cv-02595 | Terminated | U.S. District Court, Southern District of New York | The Honorable Alison J. Nathan | N/A |
| Bonita Johnson v. Capital One Bank (USA), N.A. | 1:14-cv-02383 | Active | U.S. District Court, Eastern District of Michigan | The Honorable David M. Lawson | The Honorable Michael J. Hluchaniuk |
| Lawrence Johnson and Dorothy Johnson v. Capital One Bank USA, N.A. | 1:14-cv-08319 | Active | U.S. District Court, District of South Carolina | The Honorable J. Michelle Childs | N/A |
| Marklyn Tyrone Johnson v. Capital One Bank (USA), N.A. | 1:12-cv-10132 | Active | U.S. District Court, District of Minnesota | The Honorable John R. Tunheim | The Honorable Jeffrey J. Keyes |
| Lisa Kemmerer v. Capital One Bank (USA), N.A. | 1:13-cv-06857 | Terminated | U.S. District Court, Middle District of Pennsylvania | The Honorable James M. Munley | N/A |
| Larry Kopchak v. Capital One Bank USA, N.A.; United Recovery Systems, LP and Enhanced Recovery Company, LLC | 1:14-cv-06601 | Terminated | U.S. District Court, District of South Carolina | The Honorable Joseph F. Anderson, Jr. | N/A |
| Yolanda Landin v. Capital One Bank (USA), N.A., erroneously sued as Capital One Bank | 1:15-cv-00373 | Active | U.S. District Court, Southern District of Florida | The Honorable Federico A. Moreno | N/A |
| David M. Lavender v. Capital One Services, LLC | 1:13-cv-09095 | Terminated | U.S. District Court, District of Kansas | The Honorable J. Thomas Marten | The Honorable Kenneth G. Gale |
| Tony Lebel v. Capital One Bank (USA), N.A., erroneously sued as Capital One, National Association | 1:15-cv-00358 | Active | U.S. District Court, Southern District of California | The Honorable M. James Lorenz | The Honorable Jill L. Burkhardt |
| Paul LeBlanc v. Capital One Bank (USA), N.A., and DFS Services LLC | 1:14-cv-01646 | Terminated | U.S. District Court, Southern District of New York | The Honorable Andrew L. Carter, Jr. | N/A |
| Lindy Libert v. Capital One Bank USA, N.A. | 1:12-cv-10106 | Active | U.S. District Court, Middle District of Florida | The Honorable Henry Lee Adams, Jr. | The Honorable Thomas E. Morris |
| Joseph Locicero v. Capital One Services, LLC | 1:15-cv-00371 | Active | U.S. District Court, Middle District of Florida | The Honorable Virginia M. Hernandez Covington | The Honorable Thomas G. Wilson |
| Luis Lozano v. Capital One Bank (USA), N.A. | 1:15-cv-02146 | Active | U.S. District Court, Southern District of Florida | The Honorable Robin L. Rosenberg | The Honorable Dave Lee Brannon |
| Nicholas Martin and David Mack on behalf of themselves and others similarly situated v. Leading Edge Recovery Solutions, LLC and Capital One Bank (USA), N.A. | 1:11-cv-05886 | Terminated | U.S. District Court, Northern District of Illinois | The Honorable Joan H. Lefkow | The Honorable Young B. Kim |
| Nicole Massey v. Capital One Bank (USA) N.A. | 1:13-cv-09096 | Terminated | U.S. District Court, Eastern District of Michigan | The Honorable Gershwin A. Drain | The Honorable Laurie J. Michelson |
| Lisa McGowan v. Capital One Bank USA, N.A., Does I through 10 | 1:13-cv-06856 | Terminated | U.S. District Court, Southern District of California | The Honorable M. James Lorenz | The Honorable William McCurine, Jr. |
| Desiree McShane v. Capital One Services, LLC | 1:12-cv-10128 | Settled | U.S. District Court, Middle District of Florida | The Honorable James D. Whittemore | The Honorable Thomas G. Wilson |

| Case Name | N.D. Ill. Case No. | Status | Original Jurisdiction | Originally Assigned District Judge | Originally Assigned Magistrate Judge |
|---|---|---|---|---|---|
| John Mendoza v. Capital One Bank (USA), N.A. | 1:14-cv-00548 | Terminated | U.S. District Court, Southern District of Texas | The Honorable Hayden Head | N/A |
| Mark Mule v. Capital One Financial Corporation and John Does | 1:14-cv-06006 | Settled | U.S. District Court, Northern District of Illinois | The Honorable Milton I. Shadur | The Honorable Jeffrey T. Gilbert |
| Morthen Nielsen v. Capital One Bank (USA) N.A., Defendant | 1:13-cv-08784 | Terminated | U.S. District Court, Middle District of Florida | The Honorable Virginia M. Hernandez Covington | The Honorable Elizabeth A. Jenkins |
| Hilda Ortiz v. Capital One | 1:13-cv-03202 | Terminated | U.S. District Court, Western District of Texas | The Honorable David C. Guaderrama | N/A |
| Charles C. Patterson, on behalf of himself and all others similarly situated v. Capital Management Services, LP and Capital One Bank (USA), N.A. | 1:12-cv-01061 | Terminated | U.S. District Court, Northern District of Illinois | The Honorable James F. Holderman | The Honorable Sheila M. Finnegan |
| Elliot Perez v. Capital One Bank | 1:15-cv-01540 | Active | U.S. District Court, Middle District of Florida | The Honorable John Antoon II | The Honorable Gregory J. Kelly |
| George Perry v. Capital One Financial Corporation; and Does 1 through 10. | 1:14-cv-09183 | Settled | U.S. District Court, District of Arizona | The Honorable Jennifer G. Zipps | N/A |
| Jay Rachlen v. Capital One Financial Corporation | 1:14-cv-01221 | Terminated | U.S. District Court, District of Nevada | The Honorable Gloria M. Navarro | The Honorable Peggy A. Leen |
| Denise Rice v. Capital One Bank, N.A.; and DOES 1 through 10 | 1:13-cv-02401 | Active | U.S. District Court, Middle District of Georgia | The Honorable W. Louis Sands | N/A |
| (In re: Mark J. Rice and Lynne J. Rice, a/k/a Lynne J. Ulloa, Debtor) Larry S. Hyman, as Chapter 7 Trustee of the estate of Mark J. Rice and Lynne J. Rice, a/k/a Lynne J. Ulloa v. Capital One Bank (USA), N.A. | 1:12-cv-10142 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Bradley Ridges v. Capital One Bank, N.A. | 1:14-cv-08314 | Settled | U.S. District Court, Central District of California | N/A | The Honorable Sheri Pym |
| (In re: Felicia G. Robinson, Debtor.) Stephen L. Meininger, as Chapter 7 Trustee of the estate of Felicia G. Robinson v. Capital One Bank (USA), N.A. | 1:12-cv-10139 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| Jonathan Rodriguez v. Capital One Bank | 1:14-cv-08713 | Active | U.S. District Court, Middle District of Florida | The Honorable Roy B. Dalton, Jr. | The Honorable Karla R. Spaulding |
| Dean & Arlene Schauf v. Capital One Bank (USA), N.A. | 1:12-cv-10130 | Terminated | U.S. District Court, Northern District of Iowa | The Honorable Edward J. McManus | The Honorable Jon S. Scoles |
| (In re: Sarah Lee Subotkowski, Debtor) V. John Brook, as Chapter 7 Trustee of the estate of Sarah Lee Subotkowski v. Capital One Bank (USA), N.A. | 1:12-cv-10113 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Michael G. Williamson | N/A |
| Johnny Sylvestre v. Capital One Financial Corporation | 1:14-cv-08317 | Active | U.S. District Court, Southern District of Florida | The Honorable James I. Cohn | The Honorable Judge Barry S. Seltzer |
| Carrie Tate v. Capital One, N.A. | 1:12-cv-10133 | Terminated | U.S. District Court, Southern District of New York | The Honorable Ronnie Abrams | N/A |
| (In re: Curran F. Thomas, Debtor) Angela W. Esposito, as Chapter 7 Trustee of the esate of Curran F. Thomas v. Capital One Bank (USA), N.A. | 1:12-cv-10110 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Jody Thompson v. Capital One Financial Corporation, d/b/a Capital One | 1:15-cv-01979 | Active | U.S. District Court, Middle District of Florida | The Honorable Virginia M. Hernandez Covington | The Honorable Thomas B. McCoun III |
| In re: Robert Kenneth Tomlinson and Kimberley Dawn Tomlinson, Debtors) Angela W. Esposito, as Chapter 7 Trustee of the estate of Robert Kenneth Tomlinson and Kimberley Dawn Tomlinson v. Capital One Bank (USA), N.A. | 1:12-cv-10115 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Felix Torgueman v. Capital One Bank (USA), N.A. and John Doe (1-10) | 1:15-cv-02147 | Active | U.S. District Court, District of New Jersey | The Honorable Michael A. Shipp | The Honorable Lois H. Goodman |
| Elizabeth Toumi v. Capital One Bank (USA) N.A.; and Does 1-10, inclusive | 1:13-cv-09094 | Terminated | U.S. District Court, Northern District of California | N/A | The Honorable Donna M. Ryu |
| (In re: Robert Allen Turcotte and Patricia Pauline Turcotte, Debtors.) Stephen L. Meininger, as Chapter 7 Trustee of the estates of Robert Allen Turcotte and Patricia Pauline Turcotte v. Capital One Bank (USA), N.A. | 1:12-cv-10112 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Michael G. Williamson | N/A |
| Jessica Vadella v. Capital One Bank (USA), N.A., NCO Financial Systems, Inc., Allied Interstate, LLC | 1:12-cv-10134 | Terminated | U.S. District Court, Middle District of Pennsylvania | The Honorable Robert D. Mariani | N/A |
| (In re: Jennifer E. Warne, Debtor) Angela W. Esposito, as Chapter 7 Trustee of the estate of Jennifer E. Warne v. Capital One Bank (USA), N.A. | 1:12-cv-10107 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| (In re: Melanie J. Watson, Debtor.) Angela W. Esposito, as Chapter 7 Trustee of the estate of Melanie J. Watson v. Capital One Bank (USA), N.A. | 1:12-cv-10109 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Michael G. Williamson | N/A |

| Case Name | N.D. Ill. Case No. | Status | Original Jurisdiction | Originally Assigned District Judge | Originally Assigned Magistrate Judge |
|---|---|---|---|---|---|
| (In re: Phyllis N. Wayne, Debtor.) Angela W. Esposito, as Chapter 7 Trustee of the estate of Phyllis N. Wayne v. Capital One Bank (USA), N.A. | 1:12-cv-10121 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable K. Rodney May | N/A |
| Benjamin Wilkes v. Capital One, N.A. | 1:12-cv-10129 | Terminated | U.S. District Court, Northern District of Indiana | The Honorable Jon E. DeGuilio | The Honorable Andrew P. Rodovich |
| (In re: John Wayne Woodruff Jr., Debtor.) Angela W. Esposito, the Chapter 7 Trustee of the bankruptcy estate of John Wayne Woodruff Jr. v. Capital One Bank (USA), N.A. | 1:12-cv-10118 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| (In re: Suzanne W. Wright, Debtor.) Stephen L. Meininger, as Chapter 7 Trustee of the estate of Suzanne E. Wright v. Capital One Bank (USA), N.A. | 1:12-cv-10125 | Terminated | U.S. Bankruptcy Court, Middle District of Florida | The Honorable Catherine Peek McEwen | N/A |
| Steven Young v. Capital One Bank | 1:13-cv-05926 | Active | U.S. District Court, Middle District of Florida | The Honorable Sheri Polster Chappell | The Honorable Douglas N. Frazier |

Dated: March 31, 2015   Respectfully submitted,

/s/ Erin L. Hoffman
Aaron D. Van Oort
Eileen M. Hunter
Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A., Capital One Financial Corporation, Capital One Services, LLC, and Capital One, N.A.*

US.56017291.03

## CERTIFICATE OF SERVICE

I certify that on March 31, 2015, a copy of the foregoing **CAPITAL ONE'S STATUS REPORT** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/      Erin L. Hoffman

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation,*
*Capital One Services, LLC, and Capital One, N.A.*

US.56017291.03