## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| CAPITAL ONE TELEPHONE | ) | Master Docket No. 1:12-cv-10064 |
| CONSUMER PROTECTION ACT | ) | MDL No. 2416 |
| LITIGATION | ) | |
| | ) | |
| This document relates to: ALL CASES | ) | |

## CAPITAL ONE'S NOTICE OF EMAIL ADDRESS

Pursuant to the Court's request at the April 2, 2015, Status Hearing, Capital One provides the follow email address, to which counsel for individual plaintiffs may direct communication regarding discovery and settlement of individual matters. This mailbox is maintained by Capital One's undersigned counsel.

CapitalOneTCPAMailbox@FaegreBD.com

Dated: April 8, 2015

Respectfully submitted,

/s/ Erin L. Hoffman
Aaron D. Van Oort
Eileen M. Hunter
Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A., Capital One Financial Corporation, Capital One Services, LLC, and Capital One, N.A.*

US.56118856.01

## CERTIFICATE OF SERVICE

I certify that on April 8, 2015, a copy of the foregoing **CAPITAL ONE'S NOTICE OF EMAIL ADDRESS** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/       Erin L. Hoffman

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: aaron.vanoort@FaegreBD.com
Email: eileen.hunter@FaegreBD.com
Email: erin.hoffman@FaegreBD.com

*Attorneys for Capital One Bank (USA), N.A.,*
*Capital One Financial Corporation,*
*Capital One Services, LLC, and Capital One, N.A.*

US.56118856.01