# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 5, 2015

| No. 15-1514 | IN RE: CAPITAL ONE TELEPHONE PROTECTION ACT LITIGATION |
| --- | --- |
|  | APPEAL OF: STEPHEN KRON, Objector, |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-10064<br>Northern District of Illinois, Eastern Division<br>District Judge James F. Holderman | |

Upon consideration of the **MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on May 4, 2015, by counsel for Appellant Stephen Kron,

**IT IS ORDERED** that this case is **DISMISSED,** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)