| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRIDGETT AMADECK, et al.,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, and CAPITAL ONE BANK (USA), N.A. | Case No. 1:12-cv-10135 |
| This document relates to:<br><br>NICHOLAS MARTIN, et al.,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC, and CAPITAL ONE BANK (USA), N.A. | Case No. 1:11-cv-05886 |
| This document relates to:<br><br>CHARLES C. PATTERSON,<br><br>v.<br><br>CAPITAL MANAGEMENT, L.P., and CAPITAL ONE BANK (USA), N.A. | Case No. 1:12-cv-01061 |
| JEFFREY T. COLLINS,<br><br>       Objector. | |

**JOINT MOTION FOR STAY OF PROCEEDINGS
ON COLLINS' MOTION FOR ATTORNEYS' FEES,
EXPENSES AND INCENTIVE AWARD PENDING APPEAL**

Class Plaintiffs and Objector Jeffrey T. Collins hereby jointly request that this Court stay proceedings on Collins' Motion for Attorneys' Fees, Expenses and Incentive Award (Dkt. 409) until such time as the Seventh Circuit has resolved the issues posed in Collins' appeal (Appeal No. 15-1546). The federal rules contemplate that a district court may defer ruling on a request for attorneys' fees until a pending appeal is decided. *See* Comments to Fed. R. Civ. Proc. 54 (1993 amendments) ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.").

Here, a stay is appropriate because Collins seeks payment of fees from class counsel's fee award, which is the subject of the appeal. Further, the outcome of Collins' appeal may affect the amount of fees, if any, to which Collins is entitled. It would waste the Class Plaintiffs', Objector Collins' and this Court's resources to analyze the record and arguments, and then repeat that process if there is any change to the final judgment based on the Seventh Circuit's ruling.

Defendants do not oppose this Motion.

Wherefore, Class Plaintiffs and Objector Collins respectfully request that the Court grant this Joint Motion to Stay Proceedings on Objector Collins' Motion for Attorneys' Fees, Expenses and Incentive Award Pending Appeal.

Dated: May 22, 2015.          /s/ Melissa A. Holyoak
                              Melissa A. Holyoak, (DC Bar No. 487759)
                              CENTER FOR CLASS ACTION FAIRNESS
                              1718 M Street NW, No. 236
                              Washington, DC 20036
                              Phone: (573) 823-5377
                              Email: melissaholyoak@gmail.com

                              *Attorneys for Objector Jeffrey T. Collins*

/s/ Beth E. Terrell
Beth E. Terrell
Email: bterrell@tmdwlaw.com
Michael D. Daudt
Email: mdaudt@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Co-Lead Counsel*

/s/ Jonathan D. Selbin
Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Email: dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Co-Lead Counsel*

/s/ Keith James Keogh
Keith James Keogh
Email: Keith@Keoghlaw.com
Craig M. Shapiro
Email: cshapiro@keoghlaw.com
Timothy J. Sostrin
Email: tsostrin@keoghlaw.com
KEOGH LAW, LTD
55 W. Monroe, Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
Facsimile (312) 726-1093

*Liaison Counsel*

# CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Motion via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Motion upon the following:

| | |
|---|---|
| Andre Verdun<br>Crowley Law Group<br>401 West "A" Street, Suite 925<br>San Diego, CA 92101<br><br>Chelsea Hamill<br>Doll Amir and Eley LLP<br>1888 Century Park East , Suite 1850<br>Los Angeles, CA 90067<br><br>Christy T. Nash<br>Burr & Forman LLP<br>Suite 3200<br>201 N. Franklin St.<br>Tampa, FL 33602<br><br>Darren Sharp<br>Armstrong Teasdale LLP<br>2345 Grand<br>Suite 2000<br>Kansas City, MO 64108<br><br>George C Bedell<br>Lash & Wilcox, PL<br>4401 W. Kennedy Blvd., Suite 210<br>Tampa, FL 33609 | Jeanne Lahiff<br>Sleemi Law Firm<br>2001 Route 46<br>Suite 310<br>Parsippany, NJ 07054<br><br>Kenneth Grace<br>Sessions Fishman Nathan & Israel LLC<br>3350 Buschwood Park Drive, Ste 195<br>Tampa, FL 33618-4317<br><br>Marjorie Bergiste<br>10352 Old Winston Ct<br>Lake Worth, FL 33449<br><br>Mitchell B. Levine<br>Fishman McIntyre P.C.<br>12th Floor<br>44 Wall Street<br>New York, NY 10005<br><br>Sarah Nicole Davis<br>Morrison & Foerster<br>425 Market St<br>SF, CA 94105<br><br>Devera R.D. Bartte<br>3440 SW 28th Terrace<br>Apt A<br>Gainesville FL 32608 |

Dated: May 22, 2015.                /s/ Melissa A. Holyoak