## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 1:12-CV-10064

IN RE: CAPITAL ONE TELEPHONE CONSUMER
PROTECTION ACT LITIGATION


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JEFFREY T. COLLINS, OBJECTOR

| |
|---|
| NAME (Type or print) <br> Megan A. Zmick |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Megan A. Zmick |
| FIRM <br> Williams Montgomery & John Ltd. |
| STREET ADDRESS <br> 233 South Wacker Drive, Suite 6100 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-6359 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6306812 | TELEPHONE NUMBER <br> 312/443-3200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |