**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE )<br>CAPITAL ONE TELEPHONE )<br>CONSUMER PROTECTION ACT )<br>LITIGATION )<br>_____ )<br>) | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to: )<br>BRIDGETT AMADECK, et al., )<br>v. )<br>CAPITAL ONE FINANCIAL )<br>CORPORATION, and CAPITAL ONE )<br>BANK (USA), N.A. )<br>_____ )<br>) | Case No: 1:12-cv-10135 |
| This document relates to: )<br>NICHOLAS MARTIN, et al., )<br>v. )<br>LEADING EDGE RECOVERY )<br>SOLUTIONS, LLC, and CAPITAL ONE )<br>BANK (USA), N.A. )<br>_____ )<br>) | Case No: 1:11-cv-05886 |
| This document relates to: )<br>CHARLES C. PATTERSON, )<br>v. )<br>CAPITAL MANAGEMENT )<br>SERVICES, L.P. and CAPITAL ONE )<br>BANK (USA), N.A. )<br>_____ ) | Case No: 1:12-cv-01061 |

**NOTICE OF MOTION BY OBJECTOR VANESSA FV VANWIEREN FOR AN
AWARD OF ATTORNEYS' FEES UNDER FRCP RULE 54, EXPENSES AND
INCENTIVE AWARD**

To: All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on Monday, June 1, 2015, at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Elaine E. Bucklo, in courtroom 2243, 219 South Dearborn Street, the courtroom usually occupied by her, and shall then and there present Objector Vanessa Van Wieren's Motion for An Award of Attorney's Fees under FRCP Rule 24, Expenses and Incentive Award, a copy of which is attached hereto.

Dated: May 26, 2015               By: /s/ Joseph Darrell Palmer
                                  Joseph Darrell Palmer

                                  Law Offices of Darrell Palmer PC
                                  2244 Faraday Avenue, Suite 121
                                  Carlsbad, CA 92008
                                  Phone: 858-215-4064
                                  Fax: 866-583-8115
                                  Email: Darrell.palmer@palmerlegalteam.com

                                  Attorney for Objector Vanessa FV VanWieren

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system. Additionally she caused to be served via First-Class mail a copy of this Notice upon the following:

1

Andre Verdun
Crowley Law Group
401 West "A" Street, Ste 925
San Diego, CA 92101

Chelsea Hamill
Doll Amir and Eley LLP
1888 Century Park East, Ste 1850
Los Angeles, CA 90067

Christy T. Nash
Burr & Forman LLP
201 N. Franklin St. Ste 3200
Tampa, FL 33602

Darren Sharp
Armstrong Teasdale LLP
2345 Grand Ste 2000
Kansas City, MO 64108

George C Bedell
Lash & Wilcox, PL
4401 W. Kennedy Blvd., Ste 210
Tampa, FL 33609

Kenneth Grace
Sessions Fishman Nathan & Israel LLC
3350 Buschwood Park Drive, Ste 195
Tampa, FL 33618-4317

Marjorie Bergiste
10352 Old Winston Ct
Lake Worth, FL 33449

Mitchell B. Levine
Fishman McIntyre P.C.
44 Wall Street 12th Floor
New York, NY 10005

Sarah Nicole Davis
Morrison & Foerster
425 Market St
San Francisco, CA 94105

Devera R.D. Bartte
3440 SW 28th Terrace Apt A
Gainesville, FL 32608

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objector