# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 8, 2015

| No. 15-1546 | IN RE: CAPITAL ONE TELEPHONE PROTECTION ACT LITIGATION |
| --- | --- |
| | APPEAL OF: JEFFREY COLLINS, Objector, |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-10064 Northern District of Illinois, Eastern Division District Judge James F. Holderman | |

Upon consideration of the **AGREED MOTION TO DISMISS APPEAL**, filed on June 8, 2015, by counsel for Appellant Jeffrey Collins,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_Eleanor Royston_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit