UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>BRIDGETT AMADECK, et al.,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, and CAPITAL ONE BANK (USA), N.A. | Case No. 1:12-cv-10135 |
| This document relates to:<br><br>NICHOLAS MARTIN, et al.,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC, and CAPITAL ONE BANK (USA), N.A. | Case No. 1:11-cv-05886 |
| This document relates to:<br><br>CHARLES C. PATTERSON,<br><br>v.<br><br>CAPITAL MANAGEMENT, L.P., and CAPITAL ONE BANK (USA), N.A. | Case No. 1:12-cv-01061 |
| JEFFREY T. COLLINS,<br><br>        Objector. | |

**OBJECTOR JEFFREY T. COLLINS' MOTION TO WITHDRAW HIS MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**

1

Objector Jeffrey T. Collins, through his counsel, respectfully moves to withdraw his Motion for Attorneys' Fees, Expenses, and Incentive Award [Dckt. # 409] and requests a Court order reflecting such withdrawal. In support of his motion, Objector Collins states as follows:

1. On June 8, 2015, Objector Collins and Plaintiffs resolved Mr. Collins' objections to the class settlement and corresponding appeal to the Seventh Circuit.

2. As such, Objector Collins has resolved all of his outstanding issues in the above-captioned action and no longer wishes to pursue his Motion for Attorneys' Fees, Expenses, and Incentive Award [Dckt. # 409].

WHEREFORE, Objector Jeffrey T. Collins requests that the Court enter an order reflecting the withdrawal of his Motion for Attorneys' Fees, Expenses, and Incentive Award [Dckt. #409].

Respectfully submitted,

Dated: June 9, 2015

/s/ Kirstin B. Ives
Kirstin B. Ives
WILLIAMS MONTGOMERY & JOHN LTD.
233 S. Wacker Drive, Suite 6100
Chicago, Illinois 60130
Tel: 312-443-3878
E-mail: kbi@willmont.com


/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for Objector Jeffrey T. Collins*