# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE CONSUMER<br>PROTECTION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to: | |
| BRIDGETT AMADECK, et al., | Case No. 1:12-cv-10135 |
| v. | |
| CAPITAL ONE FINANCIAL<br>CORPORATION, and CAPITAL ONE BANK<br>(USA), N.A. | |
| This document relates to: | |
| NICHOLAS MARTIN, et al., | Case No. 1:11-cv-05886 |
| v. | |
| LEADING EDGE RECOVERY<br>SOLUTIONS, LLC, and CAPITAL ONE<br>BANK (USA), N.A. | |
| This document relates to: | |
| CHARLES C. PATTERSON, | Case No. 1:12-cv-01061 |
| v. | |
| CAPITAL MANAGEMENT, L.P., and<br>CAPITAL ONE BANK (USA), N.A. | |
| JEFFREY T. COLLINS,<br><br>    Objector. | |

## ATTORNEYS MELISSA A. HOLYOAK, KIRSTIN B. IVES, AND MEGAN A. ZMICK'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR OBJECTOR JEFFREY T. COLLINS

Melissa A. Holyoak, Kirstin B. Ives, and Megan A. Zmick respectfully request, pursuant to Local Rule 83.17, leave to withdraw as counsel of record in this matter for Objector Jeffrey T. Collins and state as follows:

1.      On June 8, 2015, Objector Collins and Plaintiffs resolved Mr. Collins' objections to the class settlement and corresponding appeal to the Seventh Circuit.

2.      As such, Objector Collins has resolved all of his outstanding issues in the above-captioned action and is no longer in need of legal counsel with respect to this action. Objector Collins will suffer no prejudice from his counsel withdrawing their representation of him in this action.

3.      Objector Collins' counsel, Melissa A. Holyoak, Kirstin B. Ives, and Megan A. Zmick respectfully request leave to withdraw as counsel of record for Objector Collins in the above-captioned action.

WHEREFORE, Melissa A. Holyoak, Kirstin B. Ives, and Megan A. Zmick respectfully request, pursuant to Local Rule 83.17, leave to withdraw as counsel of record in this matter for Objector Jeffrey T. Collins.


Dated: June 9, 2015

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

/s/  *Kirstin B. Ives*
Kirstin B. Ives
Williams Montgomery & John Ltd.
233 S. Wacker Drive, Suite 6100
Chicago, Illinois 60130
Tel: 312-443-3878
E-mail: kbi@willmont.com

/s/  *Megan A. Zmick*
Megan A. Zmick
Williams Montgomery & John Ltd.
233 S. Wacker Drive, Suite 6100
Chicago, Illinois 60130
Tel: 312-443-3858
E-mail: maz@willmont.com

*Attorneys for Objector Jeffrey T. Collins*