## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE CONSUMER<br>PROTECTION ACT LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to: | |
| BRIDGETT AMADECK, et al., | Case No. 1:12-cv-10135 |
| v. | |
| CAPITAL ONE FINANCIAL<br>CORPORATION, and CAPITAL ONE BANK<br>(USA), N.A. | |
| This document relates to: | |
| NICHOLAS MARTIN, et al., | Case No. 1:11-cv-05886 |
| v. | |
| LEADING EDGE RECOVERY<br>SOLUTIONS, LLC, and CAPITAL ONE<br>BANK (USA), N.A. | |
| This document relates to: | |
| CHARLES C. PATTERSON, | Case No. 1:12-cv-01061 |
| v. | |
| CAPITAL MANAGEMENT, L.P., and<br>CAPITAL ONE BANK (USA), N.A. | |
| JEFFREY T. COLLINS,<br><br>Objector. | |

**ATTORNEYS MELISSA A. HOLYOAK, KIRSTIN B. IVES and MEGAN A. ZMICK'S
MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR OBJECTOR
JEFFREY T. COLLINS**

**PLEASE TAKE NOTICE** that on Monday, June 15, 2015, at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Elaine E. Bucklo, Courtroom 2243, 219 South Dearborn Street, and shall then and there present **Attorneys Melissa A. Holyoak, Kirstin B. Ives and Megan A. Zmick's Motion for Leave of Court to Withdraw as Counsel for Objector Jeffrey T. Collins,** a copy of which is attached hereto and hereby served upon you.

Dated: June 9, 2015

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com


/s/ Kirstin B. Ives
Kirstin B. Ives
Williams Montgomery & John Ltd.
233 S. Wacker Drive, Suite 6100
Chicago, Illinois 60130
Tel: 312-443-3878
E-mail: kbi@willmont.com

/s/ Megan A. Zmick
Megan A. Zmick
Williams Montgomery & John Ltd.
233 S. Wacker Drive, Suite 6100
Chicago, Illinois 60130
Tel: 312-443-3858
E-mail: maz@willmont.com

*Attorneys for Objector Jeffrey T. Collins*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Motion For Leave of Court To Withdraw As Counsel via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Motion For Leave of Court To Withdraw As Counsel upon the following:

| | |
|---|---|
| Andre Verdun<br>Crowley Law Group<br>401 West "A" Street, Suite 925<br>San Diego, CA 92101 | Jeanne Lahiff<br>Sleemi Law Firm<br>2001 Route 46<br>Suite 310<br>Parsippany, NJ 07054 |
| Chelsea Hamill<br>Doll Amir and Eley LLP<br>1888 Century Park East , Suite 1850<br>Los Angeles, CA 90067 | Kenneth Grace<br>Sessions Fishman Nathan & Israel LLC<br>3350 Buschwood Park Drive, Ste 195<br>Tampa, FL 33618-4317 |
| Christy T. Nash<br>Burr & Forman LLP<br>Suite 3200<br>201 N. Franklin St.<br>Tampa, FL 33602 | Marjorie Bergiste<br>10352 Old Winston Ct<br>Lake Worth, FL 33449 |
| Darren Sharp<br>Armstrong Teasdale LLP<br>2345 Grand<br>Suite 2000<br>Kansas City, MO 64108 | Mitchell B. Levine<br>Fishman McIntyre P.C.<br>12th Floor<br>44 Wall Street<br>New York, NY 10005 |
| George C Bedell<br>Lash & Wilcox, PL<br>4401 W. Kennedy Blvd., Suite 210<br>Tampa, FL 33609 | Sarah Nicole Davis<br>Morrison & Foerster<br>425 Market St<br>SF, CA 94105 |

Dated: June 9, 2015      Jeffrey T. Collins, 9450 Live Oak Place, 104, Davie, FL 33324

/s/ Kirstin B. Ives

