# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Capital One Telephone Consumer Protection Act Litigation, et al.

                Plaintiff,

v.                Case No.: 1:12−cv−10064

                Honorable Elaine E. Bucklo

Allied Interstate, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2015:

  MINUTE entry before the Honorable Elaine E. Bucklo: Objector Jeffrey T. Collins' Motion to withdraw his motion for attorneys' fees, expenses, and incentive award [427] is granted. Objector Jeffrey T. Collins' Motion for attorney fees [409] is withdrawn. Attorneys Melissa A. Holyoak, Kirstin B. Ives and Megan A. Zmick's Motion for leave of Court to withdraw as counsel for Objector Jeffrey T. Collins [429] is granted. No appearance is required on 6/15/2015. Attorney Megan Ashley Zmick; Melissa A Holyoak and Kirstin Beth Ives terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.