# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 26, 2015

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| Nos. 15-1400, 15-1490, 15-1586, 15-1639 | CHARLES C. PATTERSON, et al., Plaintiffs-Appellees, <br><br> v. <br><br> ALLIED INTERSTATE, LLC., et al., Defendants-Appellees, <br><br> APPEALS OF: ANTONIA CARRASCO, VANESSA FV VANWIEREN, MARY SMITH TWEED, PAMELA MCCOY and DEVERA BARTTE |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-10064 <br> Northern District of Illinois, Eastern Division <br> District Judge James F. Holderman | |

The following are before the court:

1. **MOTION OF CENTER FOR CLASS ACTION FAIRNESS TO WITHDRAW FROM REPRESENTATION OF JEFFREY COLLINS IN APPEAL NO. 15-1546, TO INTERVENE IN APPEAL NOS. 15-1400 AND 15-1490 AS GUARDIAN AD LITEM FOR THE CLASS, FOR AN ORDER TO DISCLOSE SETTLEMENT TERMS IF HELPFUL TO THE COURT, AND, IN THE ALTERNATIVE, AN ORDER**

Nos. 15-1400, 15-1490, 15-1586 and 15-1639                    Page 2

**ISSUING NEW NOTICE TO THE CLASS, AND OPPOSITION OF CENTER FOR CLASS ACTION FAIRNESS TO RULE 42 MOTION TO DISMISS**, filed on June 10, 2015, by Attorney Theodore Frank.

2. **AGREED MOTION TO DISMISS APPEAL**, filed on June 10, 2015, by Attorney Joseph Palmer.

3. **AGREED MOTION TO DISMISS APPEAL**, filed on June 23, 2015, by pro se Appellant Pamela McCoy.

4. **AGREED MOTION TO DISMISS APPEAL (STIPULATED DISMISSAL BY AGREEMENT)**, filed on June 23, 2015, by Attorney N. Albert Bacharach, Jr.

5. **AGREED MOTION TO DISMISS APPEAL**, filed on June 24, 2015, by Attorney Christopher Bandas.

6. **CENTER FOR CLASS ACTION FAIRNESS'S WITHDRAWAL OF MOTION TO INTERVENE IN APPEAL NOS. 15-1400 AND 15-1490 AS GUARDIAN AD LITEM FOR THE CLASS, FOR AN ORDER TO DISCLOSE SETTLEMENT TERMS IF HELPFUL TO THE COURT, AND, IN THE ALTERNATIVE, AN ORDER ISSUING NEW NOTICE TO THE CLASS AND OPPOSITION OF THE CENTER FOR CLASS ACTION FAIRNESS FOR RULE 42 MOTION TO DISMISS WITH PREJUDICE**, filed on June 24, 2015, by Attorney Theodore Frank.

7. **PLAINTIFFS-APPELLEES' RESPONSE TO MOTION OF CENTER FOR CLASS ACTION FAIRNESS TO WITHDRAW FROM REPRESENTATION OF JEFFREY COLLINS IN APPEAL NO. 15-1546, TO INTERVENE IN APPEAL NOS. 15-1400 AND 15-1490 AS GUARDIAN AD LITEM FOR THE CLASS, FOR AN ORDER TO DISCLOSE SETTLEMENT TERMS IF HELPFUL TO THE COURT, AND, IN THE ALTERNATIVE, AN ORDER ISSUING NEW NOTICE TO THE CLASS, AND OPPOSITION OF CENTER FOR CLASS ACTION FAIRNESS TO RULE 42 MOTION TO DISMISS**, filed on June 25, 2015, by Attorney Jonathan Selbin.

**IT IS ORDERED** that the Center for Class Action Fairness's motion to withdraw is **GRANTED** and its motion to intervene is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that these appeals are voluntarily **DISMISSED** in accordance with Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)