# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Capital One Telephone Consumer Protection Act Litigation, et al.

                    Plaintiff,

v.                     Case No.: 1:12−cv−10064

                    Honorable Elaine E. Bucklo

Allied Interstate, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion by Objector Vanessa FV VanWieren to withdraw her motion for attorneys' fees, expenses and incentive award [456] is granted. Objector Vanessa FV VanWieren's Motion for attorney fees [418] is withdrawn. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.